Fill in this information to identify the case:

Debtor name   **5500 Rowlett LLC**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
(State)

Case number (if known):   **26-42390-11**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Asturant Circle, LLC**

**Creditor's mailing address**

**13151 Emily Road, Suite 200**

**Dallas, TX 75240**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For 13.31 acre development tract/ vacant land: 1) Bank OZK; 2) KSSA Properties Series LLC; **3) Asturant Circle, LLC**; 4) City of Rowlett; For 7.289 acres development land/ vacant land: 1) Bank OZK; 2) KSSA Properties Series LLC; **3) Asturant Circle, LLC**; For Big A Road Properties: **1) Asturant Circle, LLC**; 2) Bank OZK; 3) KSSA Properties Series LLC

**Describe debtor's property that is subject to a lien**

13.31 acre development tract/ vacant land, 7.289 acres development land/ vacant land, Big A Road Properties

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$1,900,000.00** | **unknown** |

**Remarks:** Collateral Only - 3701 & 3705 Big A Rd, 5500 Rowlett Rd

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$5,075,897.84**

Debtor **5500 Rowlett LLC**
Name

Case number (if known) **26-42390-11**

| Part 1: | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.2 Creditor's name**

Bank OZK

**Describe debtor's property that is subject to a lien**

13.31 acre development tract/ vacant land, Big A Road Properties

**$1,508,570.00**       unknown

**Creditor's mailing address**

5178 Preston rd

Frisco, TX 75034

**Describe the lien**

Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   05/03/2022

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☑ Yes. The relative priority of creditors is specified on lines __2.1__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **5500 Rowlett LLC**                                          Case number (if known) **26-42390-11**
          Name

| Part 1: | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**Bank OZK**

**Creditor's mailing address**

**5178 Preston rd**

**Frisco, TX 75034**

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

7.289 acres development land/ vacant land

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

| | $727,683.00 | unknown |

**Date debt was incurred**    05/03/2022

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **5500 Rowlett LLC** _____                Case number (if known) **26-42390-11** _____
         Name

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.4** Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **City of Rowlett** | 13.31 acre development tract/ vacant land | $230.00 | unknown |

**2.4** Creditor's name

**City of Rowlett**

Creditor's mailing address

**4000 Main St.**

**Rowlett, TX 75088**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
       this creditor, and its relative
       priority.

   _____

   _____

☑ Yes. The relative priority of creditors
    is specified on lines __2.1__

**Remarks:** Collateral Only - 3701 Big A Rd

Describe debtor's property that is subject to a lien

13.31 acre development tract/ vacant land

Describe the lien

**Municipal Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **5500 Rowlett LLC**                                          Case number (if known) **26-42390-11**
          Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.5** Creditor's name<br>**Dallas County** | Describe debtor's property that is subject to a lien | $2,032.95 | unknown |

**Creditor's mailing address**

**C/O Linebarger, Goggan, et al.**

**3500 Maple Avenue Suite 800**          Describe the lien

**Dallas, TX 75219**                     **Property Taxes**

Creditor's email address, if known       Is the creditor an insider or related party?
                                         ☑ No
                                         ☐ Yes

Date debt was incurred _____            Is anyone else liable on this claim?
                                         ☑ No
Last 4 digits of account ___ ___ ___ ___  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
number

Do multiple creditors have an interest in  As of the petition filing date, the claim is:
the same property?                         Check all that apply.
☑ No                                       ☐ Contingent
☐ Yes. Have you already specified the      ☐ Unliquidated
   relative priority?                      ☐ Disputed
   ☐ No. Specify each creditor, including
      this creditor, and its relative
      priority.
      _____
      _____
   ☐ Yes. The relative priority of creditors
      is specified on lines _____

Debtor    **5500 Rowlett LLC**_____          Case number (if known) **26-42390-11**_____
          Name

| | | Column A | Column B |
|---|---|---|---|

**Part 1:    Additional Page**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
| **2.6** Creditor's name<br>**Dallas County** | Describe debtor's property that is subject to a lien | $2,535.93 | unknown |

**Creditor's mailing address**

**C/O Linebarger, Goggan, et al.**

**3500 Maple Avenue Suite 800**

**Dallas, TX 75219**

Describe the lien

**Property Taxes**

**Creditor's email address, if known**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**  _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply.

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    __5500 Rowlett LLC_____     Case number (if known) _26-42390-11_____
                Name

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A — Amount of claim**
Do not deduct the value of collateral.

**Column B — Value of collateral that supports this claim**

**2.7  Creditor's name**

**Dallas County**

**Describe debtor's property that is subject to a lien**

$34,845.96          unknown

**Creditor's mailing address**

**C/O Linebarger, Goggan, et al.**

**3500 Maple Avenue Suite 800**

**Dallas, TX 75219**

**Describe the lien**

**Property Taxes**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **5500 Rowlett LLC**                                      Case number (if known) **26-42390-11**
    Name

| **Part 1:**   **Additional Page** | | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of claim**
Do not deduct the value of collateral.

**Value of collateral that supports this claim**

**2.8** Creditor's name

**KSSA Properties Series LLC**

**Describe debtor's property that is subject to a lien**

13.31 acre development tract/ vacant land, 7.289 acres development land/ vacant land, Big A Road Properties

$900,000.00          unknown

**Creditor's mailing address**

**7694 Cross Road**

**Tyler, TX 75703**

**Describe the lien**

**Mortgage**

` Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred     09/21/2021

Last 4 digits of account number  __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Collateral Only - 3701 & 3705 Big A Rd, 5500 Rowlett Rd

Debtor    **5500 Rowlett LLC**                                    Case number (if known) **26-42390-11**
          Name

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Adams & Reese**<br>**Attn: Emory Powers**<br>**1221 McKinney, Suite 440**<br>**Houston, TX 77010** | Line 2. __2__ | ___ ___ ___ ___ |
| **Adams & Reese**<br>**Attn: Emory Powers**<br>**1221 McKinney, Suite 440**<br>**Houston, TX 77010** | Line 2. __3__ | ___ ___ ___ ___ |
| **A&M Properties and Development LLC**<br>**6522 Iron Court**<br>**Dallas, TX 75240** | Line 2. __8__ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **5500 Rowlett LLC** _____     Case number (if known) **26-42390-11** _____
     Name

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| _____ | | |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | | |

Fill in this information to identify the case:

Debtor name _____ **5500 Rowlett LLC** _____

United States Bankruptcy Court for the:
_____ **Northern District of Texas** _____

Case number (if known): _____ **26-42390-11** _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule* **Schedule D** _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/25/2026**          X  **/s/ Md Tauhid Chaudhury**
          MM/ DD/ YYYY                      Signature of individual signing on behalf of debtor

**Md Tauhid Chaudhury**
Printed name

**Manager**
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors