Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Asturant Circle, LLC

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **IN RE:** | **Case No. 26-42390-elm11** |
| **5500 ROWLETT LLC,** | **Chapter 11** |
| Debtor. | |

## NOTICE OF APPEARANCE AND DEMAND FOR PAPERS

PLEASE TAKE NOTICE that Clayton L. Everett of the law firm Norred Law, PLLC hereby enters his appearance in the above-captioned bankruptcy proceeding as counsel of record for and on behalf of Asturant Circle, LLC, a creditor in this case.

Pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the Bankruptcy Code, the undersigned requests that all notices given or required to be given in this case, and all papers, pleadings, motions, applications, orders, demands, and other documents filed, served, or required to be served in this case, be given to and served upon the undersigned attorney at the following address, telephone numbers, and email address:

**Clayton L. Everett & Norred Law, PLLC**
515 E. Border St.
Arlington, TX 76010
Office Phone: (817) 704-3984
Fax: (817) 524-6686
Email: clayton@norredlaw.com

Respectfully submitted:


By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this July 15, 2026 served a true and correct copy of the above notice via ECF upon all parties receiving notice through the ECF system.

*/s/ Clayton L. Everett*
Clayton L. Everett