**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:**     **26-42390-ELM** |
| **5500 Rowlett LLC** | **Chapter:**     **11**<br>**(Jointly Administered)** |
| Debtor[1]. | |
| **IN RE:** | **Case No.:**     **26-42901-MXM** |
| **108 Gilbert Villas LLC** | **Chapter:**     **11**<br>**[Joint administration requested with above** |
| Debtor[2]. | **captioned Debtors]** |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

Came on to be heard before the Court, the *Debtors' Motion for Order Directing Joint Administration of Cases* ("**Motion**"). By that Motion, the above-captioned Debtors (hereinafter collectively referred to as "**Debtors**") requested the entry of an order pursuant to Bankruptcy

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); and SRRAF LLC (86-3021090). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081.

[2] The Debtor seeking to be jointly administered with the above-captioned Debtors (including its taxpayer identification number) is: 108 Gilbert Villas LLC (99-2090154). Its address is 13151 Emily Road, Suite 200, Dallas, TX 75240.

Rule 1015 directing the joint administration of the above-captioned cases.   Upon consideration

of the Motion, and upon the record thereon, the Court finds: (1) this Court has jurisdiction

pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C.

§157(b); (2) notice of the Motion was proper and adequate under the circumstances, and that

no other or further notice is necessary except as set forth herein; (3) the relief requested in the

Motion is in the best interest of the respective Debtors, their bankruptcy estates and all

interested parties; and (4) no timely objection to the relief requested in the Motion was filed.

After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1.       The Motion is **GRANTED** as set forth herein.

2.       The above-captioned cases be and hereby are directed to be jointly administered

by this Court for procedural purposes only and such joint administration shall not result in the

substantive consolidation of the respective estates.

3.       All pleadings, orders, papers and documents, **except:** (1) proofs of claims; and (2)

operating reports (collectively, the "**Pleadings**"), shall be filed and docketed in the case of **5500**

**Rowlett LLC**.

4.       All proofs of claims shall be filed and docketed under the case number

representing the estate in which the claim is made, and a creditor of more than one bankruptcy

estate shall file and docket a proof claim in each case to which a claim may be made, and only

in the amount for which the creditor may make a claim from that estate.

5.       All operating reports shall be filed and docketed under the case number

representing the estate in which the operating report relates.

6.       The Debtors shall serve a copy of this Order on the entire mailing matrix within 1

business day of the Order's entry upon the Court docket.

7.     All Pleadings filed in the jointly administered cases shall bear the following

caption:

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:      26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter:        11**<br>**(Jointly Administered)** |
| **Debtors**[1]**.** | |

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240.

8.     Debtors shall promptly file a Master Mailing List (the "**Matrix**") under the jointly

administered case number such that any notices to be given to creditors and other parties in

interest in either case shall be given to said parties in all cases.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T        972-991-5591
F        972-346-6791
***Proposed* Counsel for Debtors and Debtors in Possession**