**DeMarco●Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No.: 26-32911-SWE |
| **108 Gilbert Villas, LLC** | Chapter: 7 Involuntary |
| Alleged Debtor[1]. | [JOINT ADMINISTRATION REQUESTED] |

### 108 GILBERT VILLAS, LLC'S MOTION FOR ORDER
### DIRECTING JOINT ADMINISTRATION OF CASES
### [Bankruptcy Rule 1015]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, **108 Gilbert Villas, LLC** ("**108 Gilbert**"), the alleged debtor in the above-styled and numbered involuntary case and the debtor and debtor in possession in the related voluntary chapter 11 case pending in the Fort Worth Division of this Court (Case No. 26-42901), and files this Motion for Order Directing Joint Administration of Cases (the "**Motion**") by and through the undersigned attorney. In support thereof, 108 Gilbert respectfully shows the Court as follows:

### I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §§ 157(b)(1), (b)(2)(M).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors proposed to be jointly administered (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240.

3. The bases for the relief requested herein is section 105(a) of title 11 of United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and rule 1015 of the Federal Rules of Bankruptcy Procedure.

## II. BACKGROUND

1. On July 1, 2026, Dazzling Residential Homes, LLC filed an involuntary petition under chapter 7 of the Bankruptcy Code against 108 Gilbert Villas, LLC, commencing the above-captioned case in the Dallas Division of this Court as Case No. 26-32911. On July 2, 2026, 108 Gilbert Villas LLC commenced its own voluntary case under chapter 11 of the Bankruptcy Code in the Fort Worth Division of this Court, Case No. 26-42901. 5500 Rowlett LLC and SRRAF LLC, affiliates of 108 Gilbert Villas, LLC, each previously commenced voluntary cases under chapter 11 of the Bankruptcy Code, and on June 3, 2026, the Court entered its Order Directing Joint Administration of Cases [Docket No. 11], directing that those two cases be jointly administered under Case No. 26-42390.

2. No order for relief has been entered in the above-captioned involuntary case, and no interim trustee has been appointed therein. In the related voluntary chapter 11 case, 108 Gilbert Villas LLC continues to operate and manage its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. 108 Gilbert Villas, LLC, 5500 Rowlett LLC, and SRRAF LLC are affiliates within the meaning of 11 U.S.C. § 101(2) and are under common ownership and management. 108 Gilbert Villas, LLC and 5500 Rowlett LLC maintain the same principal place of business at 13151 Emily Road, Suite 200, Dallas, Texas 75240. The joint administration of these related cases in a single forum will promote their efficient and economical administration.

## III. RELIEF REQUESTED

4.      Joint administration of these cases will avoid considerable unnecessary delay and expense by obviating the need for the Debtors to file duplicative pleadings.  Further, joint administration will avoid the burdensome necessity of duplicating notices to numerous creditors. Lastly, supervision of the administrative aspects of the subject bankruptcy cases by the Office of the United States Trustee will be simplified by joint administration.

5.      The substantive rights of the respective creditors will not be adversely affected by the joint administration of these cases since the relief requested is purely procedural.

6.      The movant further respectfully requests, for the convenience of all parties and the Court, that the above-captioned case be jointly administered with the jointly administered cases pending under Case No. 26-42390 and that all pleadings pertaining thereto be filed under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:      26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter:      11**<br>**(Jointly Administered)** |
| **Debtors[1].** | |

[1]The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240.

### III.      BASIS FOR RELIEF REQUESTED

1.      Pursuant to Bankruptcy Rule 1015(b), "[i]f … two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).

2.      In addition, section 105(a) of the Bankruptcy Code provides the Court with the power to grant the relief requested herein by the Debtors.

3.      The movant submits that the joint administration of these estates is warranted and would ease the administrative burden on the Court and all parties-in-interest. The benefits come with no prejudice to creditors and other parties-in-interest, including the petitioning creditor in the above-captioned involuntary case, as the relief requested herein is purely procedural, does not affect the substantive rights of any party, and is without prejudice to the adjudication of the involuntary petition.

4.      The joint administration of these cases would also permit the Clerk of the Court to utilize a single docket and to combine notices to creditors and other parties-in-interest. As there likely will be numerous motions, applications and other pleadings filed that will affect each of the estates, joint administration would significantly reduce the volume of pleadings filed with the Clerk of the Court, render the completion of various administrative tasks less costly and minimize the number of unnecessary delays.

5.      The entry of joint administration orders in multiple related cases such as these is common in this District. Accordingly, based on the foregoing facts and authorities, the Debtors respectfully submit that the relief requested herein should be granted.

**WHEREFORE, PREMISES CONSIDERED**, the movant requests that the Court enter an order directing that the above-captioned case be jointly administered with the jointly administered cases pending under Case No. 26-42390, and providing for such other and further relief to which the movant may be justly entitled.

Respectfully submitted,

Dated: **July 17, 2026**                    */s/ Robert DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**      972-991-5591
**F**      972-346-6791
***Proposed* Counsel for Debtors and Debtors in Possession**

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that, prior to the filing of this Motion, he conferred with the following parties concerning their respective positions on the Motion:

| Attorney | Position |
|---|---|
| Erin Schmidt, counsel for the United States Trustee | No response received as of the time of filing. |
| E. Aaron Cartwright, III, counsel for petitioning creditor Dazzling Residential Homes, LLC | No response received as of the time of filing. |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below and upon all parties listed on the attached matrix in accordance with applicable rules of bankruptcy procedure on this **17ᵗʰ day of July, 2026**.  Where possible, service was made electronically via the Court's ECF noticing system, via private e-mail transmission, or via facsimile transmission where a facsimile number is set forth below.  Otherwise, service was made via regular first-class mail.

**DEBTORS**

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, TX 75240

SRRAF LLC
625 Sunningdale
Richardson, TX 75081

108 Gilbert Villas, LLC
13151 Emily Road, Suite 200
Dallas, TX 75240

**TRUSTEE AND PARTIES IN INTEREST**

Office of the United States Trustee
Attn: Erin Schmidt, Trial Attorney
Earle Cabell Federal Building

E. Aaron Cartwright, III
Tierra Law, PLLC
1400 W Mayfield Dr, #340

1100 Commerce Street, Room 976
Dallas, TX 75242
Erin.Schmidt2@usdoj.gov

Arlington, TX 76015
Counsel for Petitioning Creditor Dazzling
Residential Homes, LLC

Jessica Ann Henry
Counsel for Toorak Capital Partners LLC
(served via the Court's ECF system)

Sherrel K. Knighton
Counsel for Irving ISD and Dallas County
(served via the Court's ECF system)

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**        972-991-5591
**F**        972-346-6791

Label Matrix for local noticing
0539-4
Case 26-42390-elm11
Northern District of Texas
Ft. Worth
Fri Jul 17 13:36:22 CDT 2026

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

(p)GARLAND ISD
ATTN C/O PERDUE BRANDON ET AL
1919 S SHILOH ROAD
SUITE 640 LB 40
GARLAND TX 75042-8234

501 W. Tenth Street
Fort Worth, TX 76102-3637

A&M Properties and Development LLC
6522 Iron Court
Dallas, TX 75240

Adams & Reese
Attn:  Emory Powers
1221 McKinney, Suite 440
Houston, TX 77010-2045

Asturant Circle, LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

Bank OZK
5178 Preston rd
Frisco, TX 75034-7423

City of Rowlett
4000 Main St.
Rowlett, TX 75088-5077

Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KSSA Properties Series LLC
7694 Cross Road
Tyler, TX 75703-0522

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Garland ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Rd, Suite 640, LB 40
Garland, TX 75042

(d)Garland ISD
c/o Perdue Brandon Fielder et al
1919 S Shiloh Road, Suite 640, LB 40
Garland, TX 75042

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A & M Properties and Development LLC

(u)Asturant Circle, LLC

(u)BANK OZK

(u)DeMarco Mitchell, PLLC

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)Diana Mirembe Ssentongo

(u)Henry Ssentongo

(u)Ikechukwu Umezurike

(u)Sailaja Sakam

(u)Vinatham Yerrimuni

End of Label Matrix
Mailable recipients    26
Bypassed recipients    10
Total                  36

Label Matrix for local noticing
0539-4
Case 26-42901-mxm11
Northern District of Texas
Ft. Worth
Fri Jul 17 13:35:48 CDT 2026

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

Dazzling Residential Homes LLC
1341 W Mockingbird Ln 600 W
Dallas, TX 75247-6904

FCI Lender Services, Inc.
8180 E Kaiser Blvd
Anaheim, CA 92808-2277

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KSSA Properties Series LLC
7694 Cross Road
Tyler, TX 75703-0522

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Prestige Default Services
16801 Addison Road
Addison, TX 75001-5112

Soumya Reddy
3900 S Stonebridge Dr, STE 1104
Mckinney, TX 75070-8083

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Toorak Capital Partners
1001 Water St. Suite 600
Tampa, FL 33602-5464

Toorak Capital Partners LLC
P.O. Box 27370
Anaheim, CA 92809-0112

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25