**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:**    **26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter:**    **11**<br>**(Jointly Administered)** |
| **Debtors[1].** | |
| **IN RE:** | **Case No.:**    **26-32911-SWE** |
| **108 Gilbert Villas, LLC** | **Chapter:**    **7**<br>**Involuntary** |
| **Alleged Debtor.** | **[Joint Administration Requested]** |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

Came on to be heard before the Court, the Amended Motion for Order Directing Joint

Administration of Cases (the "**Motion**") filed by 108 Gilbert Villas, LLC. By that Motion, the

movant requested the entry of an order pursuant to Bankruptcy Rule 1015 directing the joint

administration of the above-captioned case with the jointly administered cases pending under

---

[1] The Debtors proposed to be jointly administered (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240.

Case No. 26-42390. Upon consideration of the Motion, and upon the record thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate under the circumstances, and that no other or further notice is necessary except as set forth herein; (3) the relief requested in the Motion is in the best interest of the respective estates and all interested parties; and (4) no timely objection to the relief requested in the Motion was filed. After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The above-captioned case and the cases jointly administered under Case No. 26-42390 be and hereby are directed to be jointly administered by this Court for procedural purposes only and such joint administration shall not result in the substantive consolidation of the respective estates.

3.      All pleadings, orders, papers and documents, **except:** (1) proofs of claims; and (2) operating reports (collectively, the "**Pleadings**"), shall be filed and docketed in the case of **5500 Rowlett LLC**.

4.      All proofs of claims shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one bankruptcy estate shall file and docket a proof claim in each case to which a claim may be made, and only in the amount for which the creditor may make a claim from that estate.

5.      All operating reports shall be filed and docketed under the case number representing the estate in which the operating report relates.

6.      The Debtors shall serve a copy of this Order on the entire mailing matrix within 1 business day of the Order's entry upon the Court docket.

7.      All Pleadings filed in the jointly administered cases shall bear the following

caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:      26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter:       11** |
| | **(Jointly Administered)** |
| **Debtors[1].** | |

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240.

8.      Debtors shall promptly file a Master Mailing List (the "**Matrix**") under the jointly

administered case number such that any notices to be given to creditors and other parties in

interest in either case shall be given to said parties in all cases.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T        972-991-5591
F        972-346-6791
***Proposed*** **Counsel for Debtors and Debtors in Possession**