**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   26-42390 |
| 5500 ROWLETT LLC | § | |
| DEBTOR(S), | § | CHAPTER   11 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**IRVING ISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on _20th_ day of _July_ ,2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

ROBERT THOMAS DEMARCO III
ROBERT DEMARCO
12770 COIT RD, STE 850
DALLAS, TX 75251

US TRUSTEE (DALLAS)
1100 COMMERCE STREET
ROOM 976
DALLAS, TX 75202

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:       dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner

John Turner
SBN: 00788563 TX