DeMarco • Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**    26-42390 |
| **5500 Rowlett LLC, et al.,**[1] | **Chapter:**    11 |
| **Debtors.** | **(Jointly Administered)** |

### DEBTOR'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTOR [11 U.S.C. § 327(a) AND FEDERAL RULE 2014(a)]

### NOTICE

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED IN THE <u>ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10th ST., FORT WORTH, TX 76102-3643</u>, BEFORE CLOSE OF BUSINESS ON <u>AUGUST 14, 2026</u>, WHICH IS AT LEAST <u>21</u> DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW**, **108 Gilbert Villas LLC,** Debtor and Debtor in possession in the above-styled and numbered case (the "**Debtor**"), and files this *Debtor's Application for Order Authorizing Employment of DeMarco • Mitchell, PLLC as Counsel for the Debtor [11 U.S.C. § 327(a) and Federal*

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

*Rule 2014(a)]* (the "**Application**") by and through the undersigned attorney.  By the Application, the Debtor requests the entry of an order authorizing the Debtor to employ the firm of DeMarco•Mitchell, PLLC, ("**DM**") as general counsel for the Debtor.  In support of the Application, the Debtor would respectfully show the Court as follows:

## I.      JURISDICTION

1.      The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding.  28 U.S.C. §157(b).

2.      Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein include §§ 105(a), 327 and 330 of 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014 of the Local Rules of Bankruptcy Procedure for the Northern District of Texas.

## II.      PROCEDURAL BACKGROUND

1.      This bankruptcy case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **July 2, 2026** (the "**Petition Date**").

## III.      RELIEF REQUESTED

1.      The Debtor desires to hire DM as counsel to perform extensive legal services as more fully set forth in paragraph 8 herein.  The shareholders and/or associates of DM who will be engaged in these proceedings are duly admitted to practice before this Court.

2.      The Debtor selected as its attorney the law firm of DM because the firm has experience and knowledge in the field of debtors' and creditors' rights and because it has handled

numerous bankruptcy cases and proceedings.  Accordingly, Debtor believes DM is qualified to represent it in these proceedings.

3.      Subject to the control and further order of this Court, DM will be required to render the following services to the Debtor:

a.      To take all necessary action to protect and preserve the Estate, including the prosecution of actions on its behalf, the defense of any actions commenced against it, negotiations concerning all litigation in which it is involved, and objecting to claims;

b.      To prepare on behalf of the Debtor all necessary motions, applications, answers, orders, reports, and papers in connection with the administration of the estate herein;

c.      To formulate, negotiate, and propose a plan of reorganization; and

d.      To perform all other necessary legal services in connection with these proceedings.

4.      DM has indicated a willingness to act on the Debtor's behalf.

5.      Pursuant to the provisions of Bankruptcy Rule 2014(a), the Declaration of Robert T. DeMarco is attached hereto as **Exhibit "A"**.  Except as may be stated herein and in the declaration of Mr. DeMarco, DM, its associates, shareholders, and other members, to the best of the Debtor's knowledge, DM: (a) does not hold or represent any material interest adverse to the Debtor or the bankruptcy estate; and (b) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.  Moreover, the Debtor believes the employment of DM is necessary and in the best interest of the Debtor and the bankruptcy estate.

6.      The Debtor desires to employ DM on an hourly basis for actual and necessary services rendered by DM, based upon the time, the nature, the extent, and the value of said services, in accordance with the firm's usual rates for the cost of comparable services other than in a case under Chapter 11, together with any reimbursement of the firm's actual and necessary expenses.  The current rates effective on **January 1, 2026**, of the firm are set out in the schedule attached hereto as **Exhibit "B"**.  The Disclosure of Compensation of Attorney for Debtor required by Bankruptcy Rule 2016(b) is attached hereto as **Exhibit "C"**.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor respectfully requests that it be authorized to employ and retain the law firm of DeMarco•Mitchell, PLLC, in this case under Chapter 11 of the United States Bankruptcy Code; and for such other and further relief as this Court might deem just and proper.

Respectfully submitted,

Dated:  **July 24, 2026**

*/s/ Robert T. DeMarco*
**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**        972-991-5591
**F**        972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **24th day of July 2026**.  Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a

facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first-class mail.

## DEBTOR

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, TX 75240

## TRUSTEES

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Email:  Erin.Schmidt2@usdoj.gov

## SEE ATTACHED MATRIX

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**        972-991-5591
**F**        972-346-6791

Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**  972-991-5591
**F**  972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case No.:      26-42390 |
| **5500 Rowlett LLC, et al.,**[1] | Chapter:       11 |
| Debtors. | (Jointly Administered) |

**DECLARATION IN SUPPORT OF
DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTOR
[11 U.S.C. § 327(a) AND FEDERAL RULE 2014(a)]**

I, **Robert T. DeMarco**, hereby state that I am over eighteen (18) years of age, of sound mind, qualified and competent in all respects to make this Declaration, and do so of my own personal knowledge, and further state the following:

**A.      Background**

1.      I am an attorney at law admitted to practice in the State of Texas and the Federal District Courts for the Northern and Eastern Districts of Texas.  I am a member of the law firm of DeMarco·Mitchell, PLLC ("**DM**"), which firm maintains offices for the practice of law at **12770 Coit Road, 850, Dallas, TX 75251**.

2.      DM, its associates, shareholders, and other members, to the best of my knowledge, do not have any connection with the Debtor, its creditors or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

---

1 The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

# EXHIBIT "A"

**B.      Disinterestedness**

1.      Except as otherwise stated herein, to the best of my knowledge, neither I nor any employee of DM have any connection with the Debtor, its known secured, priority and unsecured creditors, or any other parties in interest or their respective attorneys or accountants.

2.      To the best of my knowledge, DM is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that DM:

   a.      is not a creditor, equity security holder or insider of the Debtor;

   b.      is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and

   c.      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

3.      To the best of my knowledge DM neither holds nor represents an interest adverse to the Debtor within the meaning of section 327(a) of the Bankruptcy Code, except as otherwise set forth herein.

4.      Neither DM, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with this bankruptcy case, other than as permitted by the Bankruptcy Code. DM has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) respecting the sharing of compensation among DM's partners.

# EXHIBIT "A"

5.      If any new and relevant facts or relationships are discovered or arise, DM will promptly file a supplemental affidavit or declaration in accord with Bankruptcy Rule 2014(a).

### C.      Qualifications

1.      DM has experience and knowledge in the field of bankruptcy and insolvency law. Personally, I have over 30 years of experience in these areas and am well–qualified to assist the Debtor with such needs.

2.      Personally, I hold a Bachelor of Arts in Political Science, and Political Philosophy, from Syracuse University (1984).  I also hold a Juris Doctor, from Pepperdine University School of Law (1988).

3.      Both I and DM have indicated a willingness to act on behalf of the Debtor and to subject ourselves to the jurisdiction and supervision of this Court.

### D.      Scope of Representation

1.      DM anticipates providing the following services to the Debtor subject to further order of the Court:

a.      To take all necessary action to protect and preserve the Estate, including the prosecution of actions on its behalf, the defense of any actions commenced against it, negotiations concerning all litigation in which it is involved, and objecting to claims;

b.      To prepare on behalf of the Debtor all necessary motions, applications, answers, orders, reports, and papers in connection with the administration of the estate herein;

c.      To formulate, negotiate, and propose a plan of reorganization; and

# EXHIBIT "A"

d.      To perform all other necessary legal services in connection with these proceedings.

### E.      <u>Compensation and Reimbursement of Expenses</u>

1.      DM commenced representation of the Debtor on **July 1, 2026**.  To date, a retainer of **$7,500.00** has been paid to DM on behalf of the Debtor.  The Debtor is the source of the compensation paid to DM to date.  DM has incurred fees of **$3,400.00**, costs and expenses of **$0.00**, and filing fees of **$1,738.00** prior to the Petition Date.  The remaining balance held in trust by DM is **$2,362.00**.

2.      Pursuant to 11 U.S.C. §329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that DM are the attorneys for the above-named debtor and that compensation paid to DM within one year before the filing of the petition in bankruptcy, or agreed to be paid to DM, for services rendered on behalf of the debtor in contemplation or in connection with the bankruptcy case is as disclosed above.

### F.      <u>Verification</u>

1.      In accordance with the provisions of 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **July 24, 2026**                              */s/ Robert T. DeMarco*
                                                        **Robert T. DeMarco**

# EXHIBIT "A"

# DEMARCO · MITCHELL, PLLC

12770 Coit Road, Suite 850
Dallas, Texas 75251

## RATE SCHEDULE

| ATTORNEY | RATE / HOUR |
| --- | --- |
| Robert T. DeMarco | $500.00 |
| Michael S. Mitchell | $300.00 |

| PARALEGAL | |
| --- | --- |
| Barbara Drake | $125.00 |

# EXHIBIT "B"

Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

**108 Gilbert Villas LLC**

99-2090154
13151 Emily Road, Suite 200
Dallas, TX 75240

**Debtor.**

Case No.:      26-42901-mxm11

Chapter:      11

## DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above named debtors and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced debtors in contemplation of or in connection with the bankruptcy cases is as follows:

**Prepetition Services**:  DeMarco Mitchell, PLLC, ("**DM**") agreed to accept payment on an hourly basis plus costs for prepetition Services relating to the Debtor's bankruptcy cases.  DM incurred fees in the amount of **$3,400.00** and expenses in the amount of **$1,738.00** prior to the commencement of the case *sub judice* ("**Petition Date**").

**Prepetition Retainer**:  DM received a retainer of **$7,500.00** prior to the Petition Date.  After deducting the total fees and expenses incurred by the Debtors Prepetition, the remainder held in trust by DM is **$2,362.00**.

**Postpetition Services**:  DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**:  DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

### CERTIFICATION

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

# EXHIBIT "C"

**FORM 2016(b)**                                                                                                                    **Page 1**

Respectfully submitted,

Dated: **July 17, 2026**

_/s/ Robert T. DeMarco_
**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T   972-991-5591
F   972-346-6791
_**Proposed**_ **Counsel for Debtor and Debtor-in-Possession**

# EXHIBIT "C"

Label Matrix for local noticing
0539-4
Case 26-42901-mxm11
Northern District of Texas
Ft. Worth
Fri Jul 17 15:02:07 CDT 2026

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

Dazzling Residential Homes LLC
1341 W Mockingbird Ln 600 W
Dallas, TX 75247-6904

Dazzling Residential Homes LLC
1341 W Mockingbird Ln, Ste 600W
Dallas, TX 75247-6904

FCI Lender Services, Inc.
8180 E Kaiser Blvd
Anaheim, CA 92808-2277

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KSSA Properties Series LLC
7694 Cross Road
Tyler, TX 75703-0522

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Prestige Default Services
16801 Addison Road
Addison, TX 75001-5112

Soumya Reddy
3900 S Stonebridge Dr, STE 1104
Mckinney, TX 75070-8083

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Toorak Capital Partners
1001 Water St. Suite 600
Tampa, FL 33602-5464

Toorak Capital Partners LLC
P.O. Box 27370
Anaheim, CA 92809-0112

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)FCI Lender Services, Inc.
8180 E Kaiser Blvd
Anaheim, CA 92808-2277

(d)Prestige Default Services
16801 Addison Road
Addison, TX 75001-5112

(d)Soumya Reddy
3900 S Stonebridge Dr, STE 1104
Mckinney, TX 75070-8083

(d)Toorak Capital Partners
1001 Water St. Suite 600
Tampa, FL 33602-5464

(d)Toorak Capital Partners LLC
P.O. Box 27370
Anaheim, CA 92809-0112

End of Label Matrix
Mailable recipients    26
Bypassed recipients     5
Total                  31