**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:      26-42390** |
| **5500 Rowlett LLC, et al.,**[1] | **Chapter:      11** |
| **Debtors.** | **(Jointly Administered)** |

**ORDER APPROVING THE EMPLOYMENT OF**
**DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTOR**

Came on to be heard before the Court, *Debtor's Application for Order Authorizing Employment of DeMarco • Mitchell, PLLC as Counsel for the Debtor [11 U.S.C. § 327(a) and Federal Rule 2014(a)]* ("**Application**").  Upon consideration of the Application, and upon the record

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; (3) the relief requested in the Motion is in the best interest of the Debtor, the bankruptcy estate and all interested parties; and (4) DeMarco•Mitchell, PLLC, is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and holds no interest adverse to the Estate.  After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1.       The Application is granted as set forth herein.

2.       The Debtor is authorized to employ DeMarco•Mitchell, PLLC, ("**DM**") as bankruptcy counsel pursuant to 11 U.S.C. §327(a), with all fees payable subject to interim and/or final application to and approval of this Court.

3.       The Firm shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

4.       The Firm's employment as authorized in this Order shall be effective from the Petition Date (**July 2, 2026**) and shall continue until further Court order.

5.       The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*
_____
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**       972-991-5591
**F**       972-346-6791
***Proposed* Counsel for Debtor and
Debtor in Possession**