Craig M. Daugherty
Daugherty Law Firm
5902 Raleigh Dr.
Tyler, TX 75703
T: (903)509-1100
F: (903) 385-3215
E:  craigd@daugherty.legal

## United States Bankruptcy Court
## for the Northern District of Texas
## (Fort Worth)

IN RE:                                                    CASE NO. 26-42901-ELM11

108 GILBERT VILLAS, LLC

DEBTOR                                                                    CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICES OF NOTICES, PLEADINGS AND DOCUMENTS

1.      Pursuant to Bankruptcy Rules 9010(b), 2002(a) and (b), 3017(a), and 9007, Craig M.
Daugherty files this Notice as counsel for Secured Creditor:

 K.S.S.A. Properties Series, LLC., c/o Anderson Registered Agents, 440 Louisiana,
Ste. 952, Houston, TX 77002, a party in interest in this case.

2.      The undersigned hereby requests notice and copies of all motions notices, reports,
briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any
proposed disclosure statement or plan of reorganization that has been filed with the court,
any other documents or instruments filed in the above-referenced proceedings, any cases
consolidated herewith, and any other matter in which notice is required pursuant to 11
U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal
Rules of Bankruptcy Procedure.

1

3.      This Notice shall not be construed as authorization to serve counsel for Secured Creditor with any summons and complaint or any service of process under Bankruptcy Rule 7001, *et seq.* The undersigned counsel will not accept service of process in any adversary case for Secured Creditor.

4.      Craig M. Daugherty additionally requests the Debtor(s), the Clerk of the Court, and any other party of interest to place the name and address of the undersigned counsel on any mailing matrix to be prepared or existing in the above captioned bankruptcy case.

5.      Copies should be mailed to the secured creditor in care of the undersigned at the address set forth above and below.

Respectfully submitted,

Craig M. Daugherty
Texas Bar No. 05404300
5902 Raleigh Dr.
Tyler, Texas 75703
Tel. (903) 509-1100
Fax. (903) 385-3215
Email:  craigd@daugherty.legal

2

# United States Bankruptcy Court
## for the Northern District of Texas
### (Fort Worth)

IN RE:                                              CASE NO. 26-42901-ELM11

108 GILBERT VILLAS, LLC

DEBTOR                                              CHAPTER 11

## Certificate of Service

The above has been filed with the court's electronic filing system on August 4, 2026 for service upon:

Counsel for Debtor, Robert Thomas Demarco
U.S. Trustee, United States Trustee, and
All other parties and/or their counsel who have entered an appearance herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Dated:  August 4, 2026.

*Craig M. Daugherty*