Jasmine Singh
Texas Bar No.: 24132680
jasmine.singh@arlaw.com
LyondellBasell Tower
1221 McKinney Street, Suite 4400
Houston, Texas 77010
Telephone: (713) 652-5151

*Attorney for Bank OZK*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AT FORT WORTH

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **5500 ROWLETT LLC** | **Case No. 26-42390-elm11** |
| **SRRAF LLC,** | **Case No. 26-42391-mxm11** |
| **Debtors.** | **Jointly Administered under Case No. 26-42390** |

### BANK OZK'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Creditor Bank OZK ("BOZK") files this Motion for Leave to Proceed without Local Counsel. In support thereof, BOZK would respectfully show the Court as follows:

1. BOZK is a creditor in the above-captioned proceeding.

2. Local Bankruptcy Rule 2090-4 requires local counsel[1] "in all cases where an attorney appearing in a case does not reside or maintain an office in this district." L.B.R. 2090-4(a). A party who desires to proceed without local counsel must obtain leave from the Presiding Judge. *Id.*

---

[1] "Local Counsel" means "a member of the bar of this court who resides or maintains an office within 50 miles of the division in which the case is pending." L.B.R. 2090-4(a).

3.      The undersigned attorney's office is more than fifty miles from the courthouse, but the undersigned attorney is (1) familiar with this Court's rules and (2) willing and able to appear in person, on short notice as necessary.[2]

4.      Given the nature of this case, BOZK respectfully submits that the retention of local counsel is not necessary for the efficient progression of this matter.

## PRAYER

Creditor Bank OZK respectfully requests the Court grant this Motion for Leave to Proceed without Local Counsel.

Respectfully submitted,

**ADAMS & REESE, LLP**

By: */s/Jasmine Singh*
    Jasmine Singh
    Texas Bar No.: 24132680
    jasmine.singh@arlaw.com
    LyondellBasell Tower
    1221 McKinney Street, Suite 4400
    Houston, Texas 77010
    Telephone: (713) 652-5151

*Attorney for Bank OZK*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record pursuant to the Federal Rules of Bankruptcy Procedure on August 4, 2026.

    */s/Jasmine Singh*
    Jasmine Singh

---

[2] Indeed, American Airlines and Southwest Airlines combined offer at least twenty-six (26) nonstop flights from Houston to Dallas daily, with American Airlines offering between fourteen (14) and sixteen (16) nonstop flights from Houston to Dallas (DFW) and Southwest Airlines offering twelve (12) nonstop flights from Houston to Dallas (Love Field) daily.

2