**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AT FORT WORTH**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **5500 ROWLETT LLC** | **Case No. 26-42390-elm11** |
| **SRRAF LLC,** | **Case No. 26-42391-mxm11** |
| **Debtors.** | **Jointly Administered under Case No. 26-42390** |

**ORDER ON BANK OZK'S MOTION FOR LEAVE TO**
**PROCEED WITHOUT LOCAL COUNSEL**

On this day, the Court considered Creditor Bank OZK's ("BOZK") Motion for Leave to Proceed without Local Counsel ("Motion").  The Court, having considered this Motion, is of the opinion that the Motion is well taken and should be, and hereby is, in all things **GRANTED**.  It is therefore

**ORDERED** that BOZK may proceed without local counsel pursuant to Local Bankruptcy Rule 2090-4.

**IT IS SO ORDERED**.

### END OF ORDER ###

**SUBMITTED BY:**

**ADAMS & REESE, LLP**

By: *_/s/Jasmine Singh_*
    Jasmine Singh
    Texas Bar No.: 24132680
    jasmine.singh@arlaw.com
    LyondellBasell Tower
    1221 McKinney Street, Suite 4400
    Houston, Texas 77010
    Telephone: (713) 652-5151

*Attorney for Bank OZK*