Scott R. Cheatham
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: 504-581-3234
Fax:    504-566-0210
scott.cheatham@arlaw.com

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| 5500 ROWLETT LLC, et al.,[1] | § | CASE NO. 26-42390-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS

The undersigned hereby enters his appearance on behalf of BANK OZK ("BOZK" or "creditor"), a creditor and interested party, and pursuant to Bankruptcy Rules 2002, 3017 and 9007, requests that all notices, pleadings, motions, schedules and papers filed in this matter be sent to:

Scott R. Cheatham
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: 504-581-3234
Fax:    504-566-0210
scott.cheatham@arlaw.com

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of creditor, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); and SRRAF LLC (86-3021090). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081.

contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of creditor, in any proceeding that has been or will be instituted during the course of the case, (v) a waiver of creditor's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (vi)  a waiver of creditor's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court.  Creditor specifically reserves all rights, remedies, claims, actions, setoffs, or recoupments to which creditor is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, setoffs, and recoupments creditor expressly reserves.

Respectfully Submitted,

*/s/ Scott R. Cheatham*

Scott R. Cheatham
Tex Bar No. 24050406
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: 504-581-3234
Fax:    504-566-0210
scott.cheatham@arlaw.com
*Attorney for BANK OZK*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the Notice of Appearance and Request for Service of Notices and Pleadings has been served upon all parties listed below via the courts CM/ECF system and/or by placing a copy in the United States mail, first class postage prepaid and properly addressed this 4th day of August, 2026.

       Robert Demarco
       12770 Coit Road, Suite 850
       Dallas, TX 75251
       972-991-5591
       Email: robert@demarcomitchell.com
       **Attorney for Debtors**

       United States Trustee
       1100 Commerce Street
       Room 976
       Dallas, TX 75202
       214-767-8967

       All other parties and/or their counsel who have entered an appearance herein

       This, the 4th day of August, 2026.

                       */s/ Scott R. Cheatham*
                       Scott R. Cheatham