Ghidotti Berger, LLP
9720 Coit Road, Ste. 220-228
Plano, TX 75025
(949) 427-2010
(949) 427-2732 (Facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re:<br>108 GILBERT VILLAS LLC<br><br>Debtor, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | LEAD CASE NO. 26-42390-elm11<br>CASE NO. 26-42901-elm11<br>CHAPTER 11<br>JOINTLY ADMINISTERED WITH<br>INVOLUNTARY CHAPTER 7<br>CASE NO. 26-32911-elm7<br><br>HEARING DATE: August 25, 2026<br><br>TIME: 9:30 am.<br><br>JUDGE: Hon. Edward L. Morris |

**NOTICE OF HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY**

YOU ARE HEREBY NOTIFIED THAT THE PRELIMINARY HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY WILL BE HELD ON August 25, 2026 AT 9:30 am in Room 204, 501 W. Tenth Street, Fort Worth, Texas.

Webex Video Participation/Attendance:
Link: https://us-courts.webex.com/meet/morris - Meeting Number: 2309-445-3213.

Signed: August 6, 2026

Respectfully Submitted,

GHIDOTTI BERGER, LLP

By: __/s/ Jessica Henry_____
    Jessica Henry, *Of Counsel*
    Texas State Bar No. 24119431
    9720 Coit Road, Ste. 220-228
    Plano, TX 75025
    (949) 427-2010, Ext. 1053
    (949) 427-2732 (Facsimile)

jhovellcox@ghidottiberger.com

COUNSEL FOR MOVANT

CERTIFICATE OF SERVICE

I certify that on August 6, 2026, a true and correct copy of the *Notice of Hearing* was served via electronic delivery listed on the Court's ECF noticing system or by regular first class mail to the parties listed below.

 /s/ *Jessica Henry*
Jessica Henry, *Of Counsel*

**Debtors:**
108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

SRRAF LLC
625 Sunningdale
Richardson, Texas 75081

**U.S. Trustee:**
1100 Commerce Street, Room 976
Dallas, Texas 75202