**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | LEAD CASE NO. 26-42390-elm11 |
| | § | CASE NO. 26-42901-elm11 |
| 108 GILBERT VILLAS LLC, | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | Jointly Administer with |
| | § | Involuntary Chapter 7 |
| | § | Case NO. 26-32911-elm7 |
| | § | |
| | § | HEARING DATE: August 25, 2026 |
| | § | |
| | § | TIME: 9:30 am |
| | § | |
| | § | |
| | § | |
| | § | JUDGE: Hon. Edward L. Morris |
| | § | |

**ORDER LIFTING STAY**

On this day, Toorak Capital Partners' ("**Movant**") presented *Motion for Relief from Stay*

*Regarding the following Properties:*

- 3301 Shivers Drive, Grand Prairie, Texas 75050
- 3303 Shivers Drive, Grand Prairie, Texas 75050
- 3305 Shivers Drive, Grand Prairie, Texas 75050
- 3307 Shivers Drive, Grand Prairie, Texas 75050
- 3309 Shivers Drive, Grand Prairie, Texas 75050
- 3311 Shivers Drive, Grand Prairie, Texas 75050
- 3313 Shivers Drive, Grand Prairie, Texas 75050

*Pursuant to 11 U.S.C. § 362(d) and Waiver of Thirty Day Requirement Pursuant to § 362(e)*

("**Motion**") pursuant to 11 U.S.C. § 362(d) and waiver of the thirty (30) day requirement pursuant

to § 362(e). The Court finds:

The Motion was properly and timely served on August 5, 2026, and no written response

has been timely filed, therefore, the Motion should be granted. It is therefore:

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is terminated as to Movant,

Toorak Capital Partners, and its successors and assigns.

It is FURTHER ORDERED that the provision of FED. R. BANKR. P. 4001(a)(4) is waived

and Movant, Toorak Capital Partners, its successors and assigns, may immediately enforce and

implement this order lifting stay and exercise Movant's rights under the loan documents, including,

but not limited to, foreclosure in accordance with the Note and Deed of Trust.

### END OF ORDER ###

APPROVED TO FORM AND SUBSTANCE
AND ENTRY REQUESTED

GHIDOTTI BERGER, LLP

By: */s/ Jessica A. Henry*
Jessica A. Henry, Esq.
Texas State Bar No. 24119431
16801 Addison, Rd, Suite 350

Addison, Texas 75001
Tel: (949) 427-2010
Fax: (469) 713-3194
Email: bknotifications@ghidottiberger.com
COUNSEL FOR MOVANT