Ghidotti Berger, LLP
9720 Coit Road, Ste. 220-228
Plano, TX 75025
(949) 427-2010
(949) 427-2732 (Facsimile)

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION

|  |  |  |
|---|---|---|
| In re:<br>108 GILBERT VILLAS LLC<br><br>Debtor, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | LEAD CASE NO. 26-42390-elm11<br>CASE NO. 26-42901-elm11<br>CHAPTER 11<br>JOINTLY ADMINISTERED WITH<br>INVOLUNTARY CHAPTER 7<br>CASE NO. 26-32911-elm7<br><br>HEARING DATE: August 25, 2026<br><br>TIME: 9:30  am.<br><br>JUDGE: Hon. Edward L. Morris |

## NOTICE OF HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY

YOU ARE HEREBY NOTIFIED THAT THE PRELIMINARY HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY WILL BE HELD ON August 25, 2026 AT 9:30 am in Room 204, 501 W. Tenth Street, Fort Worth, Texas.

Webex Video Participation/Attendance:
Link: https://us-courts.webex.com/meet/morris - Meeting Number: 2309-445-3213.

Signed: August 6, 2026

Respectfully Submitted,

GHIDOTTI BERGER, LLP

By:   /s/ Jessica Henry
        Jessica Henry, *Of Counsel*
        Texas State Bar No. 24119431
        9720 Coit Road, Ste. 220-228
        Plano, TX 75025
        (949) 427-2010, Ext. 1053
        (949) 427-2732 (Facsimile)
        jhovellcox@ghidottiberger.com

COUNSEL FOR MOVANT

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 6, 2026, a true and correct copy of the *Notice of Hearing* was served via electronic delivery listed on the Court's ECF noticing system or by regular first class mail to the parties listed below.

*/s/ Jessica Henry*
Jessica Henry, *Of Counsel*

**Debtors:**
108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

SRRAF LLC
625 Sunningdale
Richardson, Texas 75081

**U.S. Trustee:**
1100 Commerce Street, Room 976
Dallas, Texas 75202