

**Call** 800-274-4482
**Email** info@ozk.com
**Visit** ozk.com

Member FDIC

\*\*\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 750
105777 0.4360 AB 0.641 298 1 453
5500 ROWLETT LLC
600 ASHFIELD
RICHARDSON TX 75081-5170

Statement Date: 05/29/2026

Account Number: 2804361808

We are modifying the Account Security section of our Terms and Conditions as of June 1, 2026. We are adding language stating if you do not contact the Bank to obtain Positive Pay or similar services or you refuse such services, and the services could have prevented or mitigated some or all of your losses as a result of actual or possible bank fraud, you agree you assume the risk and will not be able to seek to recover such amounts from the Bank. The new Terms and Conditions will be available on June 1, 2026, at ozk.com/disclosures.

Beginning July 14, 2026, the Electronic Fund Transfers (EFT) disclosure will be updated to change **the cut-off time for external transfers initiated through online and mobile banking from 7:00 p.m. (CT) to 4:00 p.m. (CT)**and the Funds Availability Policy Disclosure will be updated to state, "Funds deposited by check (not drawn on Bank OZK) **may not be** available for outgoing wires until the business day following the day of deposit." The new disclosures reflecting these changes will be available on July 14, 2026, at ozk.com/disclosures.

## SMALL BUSINESS CHECKING* ACCOUNT - 2804361808

| | | |
|---|---|---:|
| PREVIOUS STATEMENT BALANCE AS OF 04/30/26: | | 0.77 |
| PLUS 0 DEPOSITS AND OTHER CREDITS: | | 0.00 |
| LESS 0 CHECKS AND OTHER DEBITS: | | 0.00 |
| CURRENT STATEMENT BALANCE AS OF 05/29/26: | | 0.77 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD: | | 29 |



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

## Suggestions to help you balance your bank statement.

List outstanding checks, ATM withdrawals, check card transactions, or any electronic transactions below.

| DATE | AMOUNT | | DATE | AMOUNT |
|------|--------|---|------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

ENTER HERE

Bank balance shown on this statement ⟶ $ _____

Plus deposits not included on this statement ⟶ $ _____

$ _____

$ _____

TOTAL ⟶ $ _____

Less-total of outstanding debit transactions (from above).  Be sure all charges have been deducted from your checkbook. ⟶ $ _____

YOUR BALANCE ⟶ $ _____

## Direct all inquiries on your account to:

 **Bank OZK**

CUSTOMER SERVICE CENTER
P.O. BOX 196
OZARK, AR 72949
800-274-4482

**In case of errors or questions about your electronic transfers or direct deposits:**

Contact us at the telephone number or address shown above as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Please tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this,  we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.