

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 10, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:**    **26-42390** |
| **5500 ROWLETT LLC, et al,** | **Chapter:**    **11**<br>**(Jointly Administered)** |
| **Debtors[1].** | |

**ORDER ON BANK OZK'S MOTION FOR LEAVE TO
PROCEED WITHOUT LOCAL COUNSEL**

On this day, the Court considered Creditor Bank OZK's ("BOZK") Motion for Leave to Proceed without Local Counsel ("Motion"). The Court, having considered this Motion, is of the opinion that the Motion is well taken and should be granted on the terms set forth herein. It is therefore:

**ORDERED** that the Motion is GRANTED on the terms set forth herein; and it is further

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

1

**ORDERED** that BOZK may proceed without local counsel pursuant to Local Bankruptcy Rule 2090-4, *provided that* (1) any attorney who intends to appear on behalf of BOZK who is not admitted to practice before the United States District Court for the Northern District of Texas (and, thus, the United States Bankruptcy Court for the Northern District of Texas) must still obtain an order on application admitting such attorney *pro hac vice*; and (2) the Court reserves the right to hereafter require BOZK to obtain local counsel should the Court deem the same necessary or appropriate.

**IT IS SO ORDERED**.

### END OF ORDER ###