United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 26-42390-elm

5500 Rowlett LLC                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                 Page 1 of 2

Date Rcvd: Aug 10, 2026                       Form ID: pdf012                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

**Recip ID              Recipient Name and Address**
23377048          +  Bank OZK, 5178 Preston rd, Frisco, TX 75034-7423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026                       Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

**Name                        Email Address**

Clayton Everett

                on behalf of Creditor Asturant Circle  LLC clayton@norredlaw.com,
                clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
                com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Craig Daugherty

                on behalf of Creditor Sailaja Sakam craigd@daugherty.legal

Craig Daugherty

                on behalf of Creditor A & M Properties and Development LLC craigd@daugherty.legal

Craig Daugherty

                on behalf of Creditor Ikechukwu Umezurike craigd@daugherty.legal

Craig Daugherty

                on behalf of Creditor K.S.S.A. Properties Series LLC craigd@daugherty.legal

District/off: 0539-4          User: admin          Page 2 of 2

Date Rcvd: Aug 10, 2026          Form ID: pdf012          Total Noticed: 1

Craig Daugherty
> on behalf of Creditor Henry Ssentongo craigd@daugherty.legal

Craig Daugherty
> on behalf of Creditor Diana Mirembe Ssentongo craigd@daugherty.legal

Craig Daugherty
> on behalf of Creditor Vinatham Yerrimuni craigd@daugherty.legal

E. Aaron Cartwright, III
> on behalf of Petitioning Creditor Dazzling Residential Homes LLC aaron@eaclawyer.com

Jasmine Singh
> on behalf of Creditor BANK OZK jasmine.singh@arlaw.com mary.jahn@arlaw.com

Jessica Ann Henry
> on behalf of Creditor Toorak Capital Partners LLC jhenry@ghidottiberger.com

Jessica Ann Henry
> on behalf of Creditor Toorak Capital Partners jhenry@ghidottiberger.com

John Kendrick Turner
> on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
> on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

Linda D. Reece
> on behalf of Creditor City of Garland lreece@pbfcm.com lreece@ecf.courtdrive.com

Linda D. Reece
> on behalf of Creditor Garland ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Robert Thomas DeMarco
> on behalf of Debtor SRRAF LLC robert@demarcomitchell.com
> barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

Robert Thomas DeMarco
> on behalf of Alleged Debtor 108 Gilbert Villas LLC robert@demarcomitchell.com,
> barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

Robert Thomas DeMarco
> on behalf of Debtor 108 Gilbert Villas LLC robert@demarcomitchell.com
> barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

Robert Thomas DeMarco
> on behalf of Debtor 5500 Rowlett LLC robert@demarcomitchell.com
> barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

Scott R. Cheatham
> on behalf of Creditor BANK OZK scott.cheatham@arlaw.com

Sherrel K. Knighton
> on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
> Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
> on behalf of Creditor Irving ISD Sherrel.Knighton@lgbs.com
> Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
> ustpregion06.da.ecf@usdoj.gov

TOTAL: 24




CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 10, 2026**

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**     **26-42390** |
| **5500 ROWLETT LLC, et al,** | **Chapter:**     **11** |
| | **(Jointly Administered)** |
|     **Debtors[1].** | |

### ORDER ON BANK OZK'S MOTION FOR LEAVE TO
### PROCEED WITHOUT LOCAL COUNSEL

On this day, the Court considered Creditor Bank OZK's ("BOZK") Motion for Leave to Proceed without Local Counsel ("Motion"). The Court, having considered this Motion, is of the opinion that the Motion is well taken and should be granted on the terms set forth herein. It is therefore:

**ORDERED** that the Motion is GRANTED on the terms set forth herein; and it is further

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

1

**ORDERED** that BOZK may proceed without local counsel pursuant to Local Bankruptcy Rule 2090-4, *provided that* (1) any attorney who intends to appear on behalf of BOZK who is not admitted to practice before the United States District Court for the Northern District of Texas (and, thus, the United States Bankruptcy Court for the Northern District of Texas) must still obtain an order on application admitting such attorney *pro hac vice*; and (2) the Court reserves the right to hereafter require BOZK to obtain local counsel should the Court deem the same necessary or appropriate.

**IT IS SO ORDERED**.

### END OF ORDER ###

2