UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| 5500 ROWLETT LLC, et al.,[1] | § | CASE NO. 26-42390-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| ------------------------------------------------------ | § | ------------------------------------------------------ |
| | § | |
| BANK OZK, | § | CONTESTED MATTER |
| | § | |
| Movant, | § | |
| | § | |
| vs. | § | HEARING DATE: September 9, 2026 |
| | § | |
| 5500 ROWLETT LLC AND SRRAF LLC, | § | TIME:  9:30 A.M. |
| | § | |
| Respondents. | § | JUDGE:  Hon. Edward L. Morris |

## NOTICE OF HEARING ON
## MOTION OF BANK OZK FOR RELIEF FROM THE AUTOMATIC STAY

YOU ARE HEREBY NOTIFIED that the Preliminary Hearing on *BANK OZK'S MOTION FOR RELIEF FROM AUTOMATIC STAY* will be held on September 9, 2026, at 9:30 a.m. in the U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas.  Attendance may be through the video link below:

**WebEx Link:**  https://us-courts.webex.com/meet/morris - Meeting Number: 2309-445-3213

Signed:  August 14, 2026

/s/ Jasmine Singh
Jasmine Singh
Texas Bar No. 24132680
**ADAMS AND REESE LLP**
1221 McKinney St., Ste. 4400
Houston, TX 77010
Ph: 713-308-0148
E: jasmine.singh@arlaw.com

*Counsel for Bank OZK*

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); and SRRAF LLC (86-3021090). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following parties by CM/ECF:

Robert Demarco
12770 Coit Road, Suite 850
Dallas, TX 75251
972-991-5591
Email: robert@demarcomitchell.com
**Attorney for Debtors**

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

All other parties and/or their counsel who have entered an appearance herein

This, the 14th day of August, 2026.

*/s/ Jasmine Singh*
Jasmine Singh