DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.: 26-42390** |
| **5500 Rowlett LLC, et al.,**[1] | **Chapter: 11** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF NO OBJECTION

The undersigned counsel hereby certifies as follows:

1. DeMarco•Mitchell, PLLC, proposed bankruptcy counsel for the Debtor in the above-styled and numbered bankruptcy case, filed and served the following Application on **July 24, 2026** (the "**<u>Motion</u>**"):

- *Debtor's Application for Order Authorizing Employment of DeMarco·Mitchell, PLLC as Counsel for the Debtor [11 U.S.C. § 327(a) and Federal Rule 2014(a)]*

2. The Motion contained the appropriate negative notice language, requiring any objection to the Motion be filed on or before **August 14, 2026**.

3. As of this date, more than 21 days after the service of the Motion, a careful review of the Bankruptcy Court Docket fails to reveal any written response or objection to the Motion.

Respectfully submitted,

Dated: **August 20, 2026**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).