**DAVIS, ERMIS & ROBERTS, P.C.,**
**2000 E. Lamar Blvd., Ste. 780**
**Arlington, Texas 76006**
**(972) 263-5922 Telephone**
**(972) 262-3264 Facsimile**
**Attorney for Davis Consulting Engineers, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-42390-ELM-11** |
| | § | |
| **5500 ROWLETT LLC and SRRAF LLC** | § | |
| | § | |
| | § | |
| **DEBTORS** | § | **CHAPTER 11** |

**NOTICE OF APPEARNACE AND REQUEST FOR SERVICE**

Notice is hereby given that Craig D. Davis of Davis, Ermis & Roberts, P.C. will appear as counsel for Jeff Davis of Davis Consulting Engineers, PLLC herein and requests that the undersigned be placed on the Court's mailing list and email notice list in the captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings, be sent to:

CRAIG D. DAVIS
Davis, Ermis & Roberts, P.C.
2000 E. Lamar Blvd., Suite 780
Arlington, TX 76006
(972) 263-5922 Telephone
(972) 262-3264 Facsimile
Email: davisdavisandroberts@yahoo.com

Dated: 09/02/2026

Respectfully submitted,

/s/_Craig D. Davis_____

RONALD W. ROBERTS
State Bar No. 170018600
CRAIG D. DAVIS
State Bar No. 00793588
JEFFREY W. ERMIS
State Bar No. 24032159
2000 E. Lamar Blvd., Ste 780
Arlington, Texas 76006
(972) 263-5922 Telephone
(972) 262-3264 Facsimile
davisdavisandroberts@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance and Request for Service has been served to:

Robert DeMarco
12770 Coit Road, Ste. 850
Dallas, TX 75251

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

and on all parties receiving electronic notification vis the Court's CM/ECF System on September 3, 2026.

/s/ Craig D. Davis
CRAIG D. DAVIS