CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-42390 |
| | § | |
| 5500 ROWLETT LLC, *et al*., | § | Chapter 11 |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER DENYING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**
(Resolves Docket Nos. 32, 34, 36, 38, 40 and 42)

CAME ON FOR FINAL HEARING on September 9, 2026, the motions for relief from the automatic stay [Docket Nos. 32, 34, 36, 38, 40 and 42] (collectively, the "**Lift Stay Motions**") filed by Toorak Capital Partners (the "**Movant**"). Having considered the Lift Stay Motions, the responses in opposition [Docket Nos. 52-57] filed by the Debtors, and the representations of counsel for the Movant and the Debtors, respectively, for reasons stated on the record at the conclusion of the hearing, which are incorporated herein by reference, the Court finds and concludes that insufficient grounds have been established for the relief requested. Therefore, it is hereby:

**ORDERED** that each of the Lift Stay Motions is DENIED.

# # # END OF ORDER # # #