**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | CASE NO. 26-423-90-elm11 |
| | § | |
| 5500 Rowlett LLC, et, al., | § | Chapter 11 |
| | § | |
| Debtors. | § | (JOINTLY ADMINISTERED) |
| | § | |
| | § | HEARING DATE: October 14, 2026 |
| | § | TIME: 9:30 am |
| | § | |
| | § | JUDGE: Hon. Edward L. Morris |
| | § | |

**ORDER LIFTING STAY**

On this day, Toorak Capital Partners' ("**Movant**") presented *Motion for Relief from Stay*

*Regarding the following Properties:*

- *3301 South Gilbert Road, Grand Prairie, Texas 75050*
- *3299 South Gilbert Road, Grand Prairie, Texas 75050*
- *3297 South Gilbert Road, Grand Prairie, Texas 75050*
- *3295 South Gilbert Road, Grand Prairie, Texas 75050*
- *3293 South Gilbert Road, Grand Prairie, Texas 75050*

*Pursuant to 11 U.S.C. § 362(d) and Waiver of Thirty Day Requirement Pursuant to § 362(e)* ("**Motion**") pursuant to 11 U.S.C. § 362(d) and waiver of the thirty (30) day requirement pursuant to § 362(e). The Court finds:

The Motion was properly and timely served on August 5, 2026, and no written response has been timely filed, therefore, the Motion should be granted. It is therefore:

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is terminated as to Movant, Toorak Capital Partners, and its successors and assigns.

It is FURTHER ORDERED that the provision of FED. R. BANKR. P. 4001(a)(4) is waived and Movant, Toorak Capital Partners, its successors and assigns, may immediately enforce and implement this order lifting stay and exercise Movant's rights under the loan documents, including, but not limited to, foreclosure in accordance with the Note and Deed of Trust.

### END OF ORDER ###

APPROVED TO FORM AND SUBSTANCE
AND ENTRY REQUESTED

GHIDOTTI BERGER, LLP

By: */s/ Jessica A. Henry*
Jessica A. Henry, Esq.
Texas State Bar No. 24119431
16801 Addison, Rd, Suite 350
Addison, Texas 75001
Tel: (949) 427-2010
Fax: (469) 713-3194
Email: bknotifications@ghidottiberger.com
COUNSEL FOR MOVANT