# Exhibit D

Dallas Central Appraisal District



# Residential Account #280700500E0090000

Location Owner Legal Desc Value Main Improvement Additional Improvements Land Exemptions Estimated Taxes History

## Property Location (Current 2027)

**Address:** 3309 S GILBERT RD
**Neighborhood:** 5IS13N
**Mapsco:** 31-Z (DALLAS)

**DCAD Property Map**

**2026 Appraisal Notice**

**41.13 ARB Order Information**

**Electronic Documents (DCAD ENS*)**

**Notice Of Estimated Taxes (ENS*)**

* Electronic Notification System

**File Homestead Exemption Online**

**Print Homestead Exemption Form**

## Owner (Current 2027)

108 GILBERT VILLAS LLC
13151 EMILY RD STE 200
DALLAS, TEXAS 752408989

## Multi-Owner (Current 2027)

| Owner Name | Ownership % |
|---|---|
| 108 GILBERT VILLAS LLC | 100% |

## Legal Desc (Current 2027)

**1:** GILBERT VILLAS
**2:** BLK E LT 9
**3:**
**4:** INT202400086486 DD04252024 CO-DC
**5:** 0700500E00900 2CP0700500E
**Deed Transfer Date:** 5/1/2024

## Value

| 2026 Certified Values | |
|---|---|
| **Improvement:**<br>**Land:**<br>**Market Value:** | $0<br>+ $64,000<br>=$64,000 |
| **Capped Value:** $48,000 | |
| **Revaluation Year:** | 2026 |
| **Previous Revaluation Year:** | 2025 |

## Main Improvement (Current 2027)

No Main Improvement.

## Additional Improvements (Current 2027)

No Additional Improvements.

## Land (2026 Certified Values)

| # | State Code | Zoning | Frontage (ft) | Depth (ft) | Area | Pricing Method | Unit Price | Market Adjustment | Adjusted Price | Ag Land |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SFR - VACANT LOTS/TRACTS | PLANNED DEVELOPMENT | 0 | 0 | 3,808.0000 SQUARE FEET | FLAT PRICE | $80,000.00 | -20% | $64,000 | N |

*** All Exemption information reflects 2026 Certified Values. ***

## Exemptions (2026 Certified Values)

No Exemptions

## Estimated Taxes (2026 Certified Values)

| | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|
| **Taxing Jurisdiction** | GRAND PRAIRIE | IRVING ISD | DALLAS COUNTY | DALLAS COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| **Tax Rate per $100** | $0.66 | $1.0159 | $0.2155 | $0.106575 | $0.212 | N/A |
| **Taxable Value** | $48,000 | $48,000 | $48,000 | $48,000 | $48,000 | $0 |
| **Estimated Taxes** | $316.80 | $487.63 | $103.44 | $51.16 | $101.76 | N/A |
| **Tax Ceiling** | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | **Total Estimated Taxes:** | **$1,060.79** |

**DO NOT PAY TAXES BASED ON THESE ESTIMATED TAXES.** You will receive an **official tax bill** from the appropriate agency when they are prepared. Please note that if there is an Over65 or Disabled Person **Tax Ceiling** displayed above, **it is NOT reflected** in the Total Estimated Taxes calculation provided. Taxes are collected by the agency sending you the **official** tax bill. To see a listing of agencies that collect taxes for your property. **Click Here**

The estimated taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. The Dallas Central Appraisal District (DCAD) does not control the tax rate nor the amount of the taxes, as that is the responsibility of each Taxing Jurisdiction. Questions about your taxes should be directed to the appropriate taxing jurisdiction. We cannot assist you in these matters. These tax estimates are calculated by using the most current certified taxable value multiplied by the most current tax rate. **It does not take into account other special or unique tax scenarios, like a tax ceiling, etc.**. If you wish to calculate taxes yourself, you may use the Tax Calculator to assist you.

## History

**History**

© 2026 Dallas Central Appraisal District.
All Rights Reserved.

# Residential Account #280700500E0100000



## Property Location (Current 2027)

**Address:** 3307 S GILBERT RD
**Neighborhood:** 5IS13N
**Mapsco:** 31-Z (DALLAS)

**DCAD Property Map**

**2026 Appraisal Notice**

**41.13 ARB Order Information**

**Electronic Documents (DCAD ENS*)**

**Notice Of Estimated Taxes (ENS*)**

* Electronic Notification System

**File Homestead Exemption Online**

**Print Homestead Exemption Form**

## Legal Desc (Current 2027)

**1:** GILBERT VILLAS
**2:** BLK E LT 10
**3:**
**4:** INT202400086486 DD04252024 CO-DC
**5:** 0700500E01000 2CP0700500E
**Deed Transfer Date:** 5/1/2024

## Value

| 2026 Certified Values | |
|---|---|
| **Improvement:**<br>**Land:**<br>**Market Value:** | $0<br>+ $64,000<br>=$64,000 |
| **Capped Value:** $48,000 | |
| **Revaluation Year:** | 2026 |
| **Previous Revaluation Year:** | 2025 |

## Owner (Current 2027)

108 GILBERT VILLAS LLC
13151 EMILY RD STE 200
DALLAS, TEXAS 752408989

## Multi-Owner (Current 2027)

| Owner Name | Ownership % |
|---|---|
| 108 GILBERT VILLAS LLC | 100% |

## Main Improvement (Current 2027)

No Main Improvement.

## Additional Improvements (Current 2027)

No Additional Improvements.

## Land (2026 Certified Values)

| # | State Code | Zoning | Frontage (ft) | Depth (ft) | Area | Pricing Method | Unit Price | Market Adjustment | Adjusted Price | Ag Land |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SFR - VACANT LOTS/TRACTS | PLANNED DEVELOPMENT | 0 | 0 | 2,713.0000 SQUARE FEET | FLAT PRICE | $80,000.00 | -20% | $64,000 | N |

*** All Exemption information reflects 2026 Certified Values. ***

## Exemptions (2026 Certified Values)

No Exemptions

## Estimated Taxes (2026 Certified Values)

| | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|
| **Taxing Jurisdiction** | GRAND PRAIRIE | IRVING ISD | DALLAS COUNTY | DALLAS COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| **Tax Rate per $100** | $0.66 | $1.0159 | $0.2155 | $0.106575 | $0.212 | N/A |
| **Taxable Value** | $48,000 | $48,000 | $48,000 | $48,000 | $48,000 | $0 |
| **Estimated Taxes** | $316.80 | $487.63 | $103.44 | $51.16 | $101.76 | N/A |
| **Tax Ceiling** | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | **Total Estimated Taxes:** | **$1,060.79** |

**DO NOT PAY TAXES BASED ON THESE ESTIMATED TAXES.** You will receive an **official tax bill** from the appropriate agency when they are prepared. Please note that if there is an Over65 or Disabled Person **Tax Ceiling** displayed above, **it is NOT reflected** in the Total Estimated Taxes calculation provided. Taxes are collected by the agency sending you the **official** tax bill. To see a listing of agencies that collect taxes for your property. **Click Here**

The estimated taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. The Dallas Central Appraisal District (DCAD) does not control the tax rate nor the amount of the taxes, as that is the responsibility of each Taxing Jurisdiction. Questions about your taxes should be directed to the appropriate taxing jurisdiction. We cannot assist you in these matters. These tax estimates are calculated by using the most current certified taxable value multiplied by the most current tax rate. **It does not take into account other special or unique tax scenarios, like a tax ceiling, etc.**. If you wish to calculate taxes yourself, you may use the Tax Calculator to assist you.

## History

**History**

© 2026 Dallas Central Appraisal District.
All Rights Reserved.

Dallas Central Appraisal District



# Residential Account #280700500E0110000



## Property Location (Current 2027)

**Address:** 3305 S GILBERT RD
**Neighborhood:** 5IS13N
**Mapsco:** 31-Z (DALLAS)

**DCAD Property Map**

**2026 Appraisal Notice**

**41.13 ARB Order Information**

**Electronic Documents (DCAD ENS*)**

**Notice Of Estimated Taxes (ENS*)**

* Electronic Notification System

**File Homestead Exemption Online**

**Print Homestead Exemption Form**

## Legal Desc (Current 2027)

**1:** GILBERT VILLAS
**2:** BLK E LT 11
**3:**
**4:** INT202400086486 DD04252024 CO-DC
**5:** 0700500E01100 2CP0700500E
**Deed Transfer Date:** 5/1/2024

## Value

| 2026 Certified Values | |
|---|---|
| **Improvement:** | $0 |
| **Land:** | + $64,000 |
| **Market Value:** | =$64,000 |
| **Capped Value:** $48,000 | |
| **Revaluation Year:** | 2026 |
| **Previous Revaluation Year:** | 2025 |

## Owner (Current 2027)

108 GILBERT VILLAS LLC
13151 EMILY RD STE 200
DALLAS, TEXAS 752408989

## Multi-Owner (Current 2027)

| Owner Name | Ownership % |
|---|---|
| 108 GILBERT VILLAS LLC | 100% |

## Main Improvement (Current 2027)

No Main Improvement.

## Additional Improvements (Current 2027)

No Additional Improvements.

## Land (2026 Certified Values)

| # | State Code | Zoning | Frontage (ft) | Depth (ft) | Area | Pricing Method | Unit Price | Market Adjustment | Adjusted Price | Ag Land |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SFR - VACANT LOTS/TRACTS | PLANNED DEVELOPMENT | 0 | 0 | 2,701.0000 SQUARE FEET | FLAT PRICE | $80,000.00 | -20% | $64,000 | N |

*** All Exemption information reflects 2026 Certified Values. ***

## Exemptions (2026 Certified Values)

No Exemptions

## Estimated Taxes (2026 Certified Values)

| | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|
| **Taxing Jurisdiction** | GRAND PRAIRIE | IRVING ISD | DALLAS COUNTY | DALLAS COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| **Tax Rate per $100** | $0.66 | $1.0159 | $0.2155 | $0.106575 | $0.212 | N/A |
| **Taxable Value** | $48,000 | $48,000 | $48,000 | $48,000 | $48,000 | $0 |
| **Estimated Taxes** | $316.80 | $487.63 | $103.44 | $51.16 | $101.76 | N/A |
| **Tax Ceiling** | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | **Total Estimated Taxes:** | **$1,060.79** |

**DO NOT PAY TAXES BASED ON THESE ESTIMATED TAXES.** You will receive an **official tax bill** from the appropriate agency when they are prepared. Please note that if there is an Over65 or Disabled Person **Tax Ceiling** displayed above, **it is NOT reflected** in the Total Estimated Taxes calculation provided. Taxes are collected by the agency sending you the **official** tax bill. To see a listing of agencies that collect taxes for your property. **Click Here**

The estimated taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. The Dallas Central Appraisal District (DCAD) does not control the tax rate nor the amount of the taxes, as that is the responsibility of each Taxing Jurisdiction. Questions about your taxes should be directed to the appropriate taxing jurisdiction. We cannot assist you in these matters. These tax estimates are calculated by using the most current certified taxable value multiplied by the most current tax rate. **It does not take into account other special or unique tax scenarios like a tax ceiling, etc.**. If you wish to calculate taxes yourself, you may use the Tax Calculator to assist you.

## History

**History**

© 2026 Dallas Central Appraisal District.
All Rights Reserved.

# Residential Account #280700500E0120000

Location Owner Legal Desc Value Main Improvement Additional Improvements Land Exemptions Estimated Taxes History

## Property Location (Current 2027)

**Address:** 3303 S GILBERT RD
**Neighborhood:** 5IS13N
**Mapsco:** 31-Z (DALLAS)

**DCAD Property Map**

**2026 Appraisal Notice**

**41.13 ARB Order Information**

**Electronic Documents (DCAD ENS*)**

**Notice Of Estimated Taxes (ENS*)**

* Electronic Notification System

**File Homestead Exemption Online**

**Print Homestead Exemption Form**

## Owner (Current 2027)

108 GILBERT VILLAS LLC
13151 EMILY RD STE 200
DALLAS, TEXAS 752408989

## Multi-Owner (Current 2027)

| Owner Name | Ownership % |
|---|---|
| 108 GILBERT VILLAS LLC | 100% |

## Legal Desc (Current 2027)

**1:** GILBERT VILLAS
**2:** BLK E LT 12
**3:**
**4:** INT202400086486 DD04252024 CO-DC
**5:** 0700500E01200 2CP0700500E
**Deed Transfer Date:** 5/1/2024

## Value

| 2026 Certified Values | |
|---|---|
| **Improvement:**<br>**Land:**<br>**Market Value:** | $0<br>+ $64,000<br>=$64,000 |
| **Capped Value:** $48,000 | |
| **Revaluation Year:** | 2026 |
| **Previous Revaluation Year:** | 2025 |

## Main Improvement (Current 2027)

No Main Improvement.

## Additional Improvements (Current 2027)

No Additional Improvements.

## Land (2026 Certified Values)

| # | State Code | Zoning | Frontage (ft) | Depth (ft) | Area | Pricing Method | Unit Price | Market Adjustment | Adjusted Price | Ag Land |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SFR - VACANT LOTS/TRACTS | PLANNED DEVELOPMENT | 0 | 0 | 3,226.0000 SQUARE FEET | FLAT PRICE | $80,000.00 | -20% | $64,000 | N |

*** All Exemption information reflects 2026 Certified Values. ***

## Exemptions (2026 Certified Values)

No Exemptions

## Estimated Taxes (2026 Certified Values)

| | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|
| **Taxing Jurisdiction** | GRAND PRAIRIE | IRVING ISD | DALLAS COUNTY | DALLAS COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| **Tax Rate per $100** | $0.66 | $1.0159 | $0.2155 | $0.106575 | $0.212 | N/A |
| **Taxable Value** | $48,000 | $48,000 | $48,000 | $48,000 | $48,000 | $0 |
| **Estimated Taxes** | $316.80 | $487.63 | $103.44 | $51.16 | $101.76 | N/A |
| **Tax Ceiling** | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | **Total Estimated Taxes:** | **$1,060.79** |

**DO NOT PAY TAXES BASED ON THESE ESTIMATED TAXES.** You will receive an **official tax bill** from the appropriate agency when they are prepared. Please note that if there is an Over65 or Disabled Person **Tax Ceiling** displayed above, **it is NOT reflected** in the Total Estimated Taxes calculation provided. Taxes are collected by the agency sending you the **official** tax bill. To see a listing of agencies that collect taxes for your property. **Click Here**

The estimated taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. The Dallas Central Appraisal District (DCAD) does not control the tax rate nor the amount of the taxes, as that is the responsibility of each Taxing Jurisdiction. Questions about your taxes should be directed to the appropriate taxing jurisdiction. We cannot assist you in these matters. These tax estimates are calculated by using the most current certified taxable value multiplied by the most current tax rate. **It does not take into account other special or unique tax scenarios, like a tax ceiling, etc.**. If you wish to calculate taxes yourself, you may use the Tax Calculator to assist you.

## History

**History**

© 2026 Dallas Central Appraisal District.
All Rights Reserved.