Ghidotti Berger, LLP
9720 Coit Road, Ste. 220-228
Plano, TX 75025
(949) 427-2010
(949) 427-2732 (Facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br>5500 Rowlett LLC, et al.,<br><br>Debtors, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 26-42390<br>CHAPTER 11<br>(JOINTLY ADMINISTERED) |

**NOTICE OF HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY**

YOU ARE HEREBY NOTIFIED THAT THE PRELIMINARY HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY WILL BE HELD ON October 21, 2026 AT 9:30 am in Room 204, 501 W. Tenth Street, Fort Worth, Texas.

Webex Video Participation/Attendance:
Link: https://us-courts.webex.com/meet/morris - Meeting Number: 2309-445-3213.

For WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207, Meeting ID: 2309 445 3213.

Signed: September 21, 2026

Respectfully Submitted,

GHIDOTTI BERGER, LLP

By: *_/s/ Jessica Henry_*
Jessica Henry, *Of Counsel*
Texas State Bar No. 24119431
9720 Coit Road, Ste. 220-228
Plano, TX 75025
(949) 427-2010, Ext. 1053
(949) 427-2732 (Facsimile)
jhovellcox@ghidottiberger.com

COUNSEL FOR MOVANT

CERTIFICATE OF SERVICE

I certify that on September 21, 2026, a true and correct copy of the *Notice of Hearing* was served via electronic delivery listed on the Court's ECF noticing system or by regular first class mail to the parties listed below.

*/s/ Jessica Henry*
Jessica Henry, *Of Counsel*

**Debtors:**
108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

SRRAF LLC
625 Sunningdale
Richardson, Texas 75081

**U.S. Trustee:**
1100 Commerce Street, Room 976
Dallas, Texas 75202