**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**5500 Rowlett LLC, et al.,**<br><br>**Debtors[1].** | **Case No.: 26-42390**<br><br>**Chapter: 11**<br>**(Jointly Administered)** |

**ORDER TERMINATING JOINT ADMINISTRATION OF SRRAF LLC'S CHAPTER 11 CASE**

Came on to be heard before the Court, *Debtor SRRAF LLC's Motion to Uncouple Its Chapter 11 Case from Joint Administration [Fed. R. Bankr. P. 1015]* (the "Motion") filed by SRRAF LLC ("SRRAF"). By that Motion, SRRAF requested the entry of an order terminating the joint

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

administration of its chapter 11 case, Case No. 26-42391 (the "SRRAF Case"), with the cases jointly administered under Case No. 26-42390. Upon consideration of the Motion, and upon the record thereon, the Court finds: (1) this Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate under the circumstances, and that no other or further notice is necessary; and (3) the relief requested in the Motion is in the best interest of the respective estates and all interested parties. After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The joint administration of the SRRAF Case with the cases jointly administered under Case No. 26-42390, as directed by the Court's orders entered on June 3, 2026 [Docket No. 11] and July 24, 2026 [Docket No. 27], is hereby TERMINATED.

3. All pleadings, orders, papers, and documents hereafter filed relating to SRRAF, including any order on the *Debtor SRRAF LLC's Expedited Motion to Dismiss Chapter 11 Bankruptcy Case Without Prejudice [11 U.S.C. § 1112(b)]*, shall be filed and docketed in the SRRAF Case, Case No. 26-42391.

4. The cases of 5500 Rowlett LLC and 108 Gilbert Villas LLC shall continue to be jointly administered under Case No. 26-42390 for procedural purposes only, in accordance with the Court's order entered on July 24, 2026 [Docket No. 27].

5. All pleadings hereafter filed in the jointly administered cases shall bear the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**5500 Rowlett LLC, et al.,**<br><br>**Debtors[2].** | **Case No.: 26-42390**<br><br>**Chapter: 11**<br>**(Jointly Administered)** |

6. Nothing in this Order shall be construed as substantively consolidating the estates of any of the Debtors or as affecting the rights of any creditor or party in interest.

7. The Clerk of the Court is directed to docket a copy of this Order in the SRRAF Case, Case No. 26-42391.

8. This Order shall be effective immediately upon entry.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791
**Counsel for Debtors and Debtors in Possession**

[2] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152) and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).