DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.: 26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter: 11**<br>**(Jointly Administered)** |
| **Debtors[1].** | |

# DEBTOR SRRAF LLC'S EXPEDITED MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE WITHOUT PREJUDICE [11 U.S.C. § 1112(b)]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, SRRAF LLC, debtor and debtor in possession in the above-captioned jointly administered cases ("SRRAF"), and files this Debtor SRRAF LLC's Expedited Motion to Dismiss Chapter 11 Bankruptcy Case Without Prejudice [11 U.S.C. § 1112(b)] ("Motion") by and through the undersigned attorney, and would respectfully show the Court as follows:

## I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

3. The statutory predicate for the relief requested herein is 11 U.S.C. § 1112(b).

## II. BACKGROUND

1. On May 31, 2026, 5500 Rowlett LLC ("5500 Rowlett") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing Case No. 26-42390 (the "Lead Case").

2. SRRAF commenced its bankruptcy case by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, which case is pending before this Court as Case No. 26-42391 (the "SRRAF Case").

3. On June 3, 2026, the Court entered an order directing the joint administration of the SRRAF Case with the Lead Case [Docket No. 11]. On July 24, 2026, the Court entered its Order Directing Joint Administration of Cases [Docket No. 27] (the "Joint Administration Order"), which directed that the cases of 108 Gilbert Villas LLC ("Gilbert Villas" and, together with 5500 Rowlett and SRRAF, the "Debtors") likewise be jointly administered with the cases pending under the Lead Case. The Debtors' cases are jointly administered for procedural purposes only, and their estates have not been substantively consolidated. Joint Administration Order ¶ 2.

4. The SRRAF Case was filed to address the claim of SRRAF's primary secured lender, Bank OZK ("Bank OZK"), which holds a lien on approximately 12.627 acres of real property located at 3318 W. Buckingham Road, Garland, Texas 75042, in Dallas County, Texas (the "Property").

5. SRRAF has since entered into an agreement for the sale of the Property. The parties anticipate that the sale will close on or before October 15, 2026.

## III. UNCOUPLING FROM JOINT ADMINISTRATION

1. Contemporaneously with the filing of this Motion, SRRAF has filed its Debtor SRRAF LLC's Motion to Uncouple Its Chapter 11 Case from Joint Administration [Fed. R. Bankr. P. 1015] (the "Uncoupling Motion"), by which SRRAF requests that the joint administration of the SRRAF Case be terminated and that all further pleadings, orders, papers, and documents relating to SRRAF, including any order granting this Motion, be filed and docketed in the SRRAF Case.

2. This Motion seeks relief only as to SRRAF. It does not seek dismissal of the cases of 5500 Rowlett or Gilbert Villas, which will remain pending before this Court and jointly administered under the Lead Case.

3. SRRAF requests that this Motion be considered in conjunction with the Uncoupling Motion, and that any order dismissing the SRRAF Case be entered and docketed in the SRRAF Case, Case No. 26-42391.

## IV. DISMISSAL

1. Section 1112(b)(1) of the Bankruptcy Code provides that, on request of a party in interest, and after notice and a hearing, the Court shall convert or dismiss a chapter 11 case, whichever is in the best interests of creditors and the estate, for cause.

2. In light of the pending sale of the Property, the SRRAF Case is no longer necessary, and SRRAF is no longer in a position to benefit from the chapter 11 bankruptcy process.

3. Dismissal, rather than conversion to chapter 7, is in the best interests of creditors and the estate. The sale of the Property will resolve the claim that precipitated the SRRAF Case, and conversion would only add the cost of a chapter 7 trustee without any corresponding benefit to creditors.

4. Because the Debtors' estates have not been substantively consolidated, dismissal of the SRRAF Case will not affect the estates of 5500 Rowlett or Gilbert Villas or the rights of their creditors.

5. SRRAF requests that this Motion be considered on an expedited basis so that the SRRAF Case may be dismissed prior to the anticipated closing of the sale of the Property on or before October 15, 2026.

6. Accordingly, SRRAF is requesting the SRRAF Case be dismissed without prejudice.

WHEREFORE, PREMISES CONSIDERED, SRRAF requests the Court enter an Order dismissing the SRRAF Case, Case No. 26-42391, without prejudice; and for such other and further relief as is just and proper.

Respectfully submitted,

Dated: September 28, 2026

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791
**Counsel for Debtors and Debtors in Possession**

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that, prior to the filing of this Motion, he conferred with the following parties concerning their respective positions on the Motion:

| Attorney \| Party | Position |
|---|---|
| Erin Schmidt, counsel for the United States Trustee | No position |
| Jasmine Singh, counsel for Bank OZK | No position |

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 28th day of September 2026. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

**DEBTOR**

SRRAF LLC
625 Sunningdale
Richardson, TX 75081

**UNITED STATES TRUSTEE**

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Email: Erin.Schmidt2@usdoj.gov

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

Label Matrix for local noticing
0539-4
Case 26-42390-elm11
Northern District of Texas
Ft. Worth
Mon Sep 28 16:53:14 CDT 2026

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

(p)GARLAND ISD
ATTN C/O PERDUE BRANDON ET AL
1919 S SHILOH ROAD
SUITE 640 LB 40
GARLAND TX 75042-8234

Irving ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

SRRAF LLC
625 Sunningdale
Richardson, TX 75081-5144

Jeff Davis
Davis Consulting Engineers, PLLC
13408 Quail View Drive
Haslet, TX 76052-4808

501 W. Tenth Street
Fort Worth, TX 76102-3637

A & M Properties and Development LLC
3030 Stonegate Blvd
Tyler Tx 75703-0121

A&M Properties and Development LLC
6522 Iron Court
Dallas, TX 75240

Adams & Reese
Attn: Emory Powers
1221 McKinney, Suite 440
Houston, TX 77010-2045

Asturant Circle, LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

Bank OZK
c/o Michael Atkins
3102 N. Oak Street Extension
Valdosta, Georgia 31602-1007

City of Rowlett
4000 Main St.
Rowlett, TX 75088-5077

Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

Davis Consulting Engineer, PLLC
13408 Quail View Drive
Haslet, TX 76052-4808

Henry and Diana Mirembe Ssentongo
1640 Bradford Pear Way
Prosper, TX 75078-3127

Ikechukwu Umezurike
3401 US Hwy 259 N, Apt 626
Longview TX 75605-8063

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

K.S.S.A. Properties Series LLC
3225 McLeod Dr Ste #100
Las Vegas NV 89121-2257

KSSA Properties Series LLC
7694 Cross Road
Tyler, TX 75703-0522

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Sailaja Sakam & Vinatham Yerrimuni
2988 Barton Creek Cir.
Tyler TX 75703-7085

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Garland ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Rd, Suite 640, LB 40
Garland, TX 75042

(d)Garland ISD
c/o Perdue Brandon Fielder et al
1919 S Shiloh Road, Suite 640, LB 40
Garland, TX 75042

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A & M Properties and Development LLC

(u)Asturant Circle, LLC

(u)BANK OZK

(u)DeMarco Mitchell, PLLC

(u)K.S.S.A. Properties Series LLC
c/o Anderson Registered Agents
440 Louisiana, Ste 952
Houston

(u)Toorak Capital Partners

(du)A&M Properties and Development, LLC

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)Diana Mirembe Ssentongo

| | | |
|---|---|---|
| (u)Henry Ssentongo | (u)Ikechukwu Umezurike | (u)Sailaja Sakam |
| (u)Vinatham Yerrimuni | End of Label Matrix<br>Mailable recipients 36<br>Bypassed recipients 13<br>Total 49 | |