**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**SRRAF LLC**<br>86-3021090<br>625 Sunningdale<br>Richardson, TX 75081<br>**Debtor.** | **Case No.:** **26-42391**<br><br>**Chapter:** **11** |

**ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE WITHOUT PREJUDICE**

Came on to be heard before the Court, Debtor SRRAF LLC's Expedited Motion to Dismiss Chapter 11 Bankruptcy Case Without Prejudice [11 U.S.C. § 1112(b)] (the "Motion"), filed in Case No. 26-42390. By that Motion, SRRAF LLC, Debtor and Debtor in possession in the above-styled and numbered case (the "Debtor"), requested the entry of an order dismissing this bankruptcy case. Upon consideration of the Motion, and upon the record thereon, the Court finds: (1) this

Court has jurisdiction pursuant to 28 U.S.C. §1334 and that this matter is a core proceeding as defined in 28 U.S.C. §157(b); (2) notice of the Motion was proper and adequate, and that no other or further notice is necessary; and (3) the relief requested in the Motion is in the best interest of the Debtor, the bankruptcy estate and all interested parties. After due deliberation thereon and there being good and sufficient cause it is

**HEREBY ORDERED THAT:**

1. The above-styled bankruptcy case, Case No. 26-42391, is hereby dismissed without prejudice.

2. This Order applies only to the Debtor's case. It does not dismiss or otherwise affect the cases of 5500 Rowlett LLC and 108 Gilbert Villas LLC, which remain pending and jointly administered under Case No. 26-42390.

3. This Order shall be effective immediately upon entry.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*
**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791
**Counsel for Debtor and Debtor in Possession**