DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.: 26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter: 11**<br>**(Jointly Administered)** |
| **Debtors[1].** | |

**DEBTOR SRRAF LLC'S EMERGENCY MOTION**
**FOR EXPEDITED HEARING**

**TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW SRRAF LLC, Case No. 26-42391, one of the above-captioned jointly administered debtors and debtors in possession ("SRRAF"), and files this Debtor SRRAF LLC's Emergency Motion for Expedited Hearing (the "Motion"). By this Motion, SRRAF requests that the Court set the Motion to Dismiss and the Uncoupling Motion (each defined below) for hearing on an expedited basis. The facts and circumstances supporting this Motion are set forth in the concurrently filed Declaration of Robert T. DeMarco (the "Declaration"). In further support of this Motion SRRAF respectfully avers as follows:

## I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §§ 157(b)(1), (b)(2)(A), and (O).

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

3. On May 31, 2026 (the "Petition Date"), 5500 Rowlett LLC ("5500 Rowlett") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing Case No. 26-42390 (the "Lead Case"). On the same date, SRRAF filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing Case No. 26-42391 (the "SRRAF Case"). SRRAF continues to operate its business and manage its property as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

4. The SRRAF Case is jointly administered with the Lead Case pursuant to the order entered June 3, 2026 [Docket No. 11] and the Order Directing Joint Administration of Cases entered July 24, 2026 [Docket No. 27] (together, the "Joint Administration Orders"), the latter of which also directed the joint administration of the case of 108 Gilbert Villas LLC ("Gilbert Villas" and, together with 5500 Rowlett and SRRAF, the "Debtors"). This Motion is captioned in the form prescribed by paragraph 7 of the Order Directing Joint Administration of Cases.

5. The Joint Administration Orders direct joint administration for procedural purposes only, and expressly provide that joint administration shall not result in the substantive consolidation of the respective estates. Consistent with that limitation, this Motion is filed by, and seeks relief solely with respect to, SRRAF and its estate. SRRAF seeks no relief against, and proposes to impose no obligation upon, 5500 Rowlett, Gilbert Villas, or their respective estates.

6. No trustee or examiner has been appointed in the SRRAF Case, and, as of the date of this Motion, no official committee of unsecured creditors has been appointed.

7. SRRAF is a single-purpose real estate entity that holds land for development and sale, and it designated itself a single asset real estate debtor, as defined in 11 U.S.C. § 101(51B), in its petition. SRRAF's principal asset is approximately 12.627 acres of real property located at 3318 W. Buckingham Road, Garland, Texas 75042, in Dallas County, Texas (the "Property"). SRRAF has no employees and does not operate a business that generates recurring monthly income.

8. SRRAF's Schedules identify two creditors holding liens against the Property: its primary secured lender, Bank OZK ("Bank OZK"), scheduled in the amount of $1,702,099.38, and Dallas County, which holds a first-priority lien for ad valorem taxes scheduled in the amount of $13,271.98. Bank OZK asserts that $1,849,769.46 was outstanding under its note with SRRAF as of the Petition Date, an amount SRRAF has disputed. SRRAF's Schedules list a single nonpriority unsecured claim, in the amount of $10,000.00.

9. On August 11, 2026, Bank OZK filed its Motion for Relief from the Automatic Stay [Docket No. 47] (the "Stay Motion"), seeking relief as to the Property and as to real property of 5500 Rowlett securing two additional notes. SRRAF and 5500 Rowlett opposed the Stay Motion [Docket No. 50]. Following a preliminary hearing on September 9, 2026, the Court continued the Stay Motion to a final hearing set for October 20, 2026 [Docket No. 67].

10. SRRAF has since entered into an agreement for the sale of the Property, and the parties anticipate that the sale will close on or before October 15, 2026. Additional factual background is set forth in the Declaration.

## III. RELIEF REQUESTED

11. Concurrently with this Motion, SRRAF has filed the following motions (collectively, the "Expedited Motions"):

a. *Debtor SRRAF LLC's Expedited Motion to Dismiss Chapter 11 Bankruptcy Case Without Prejudice [11 U.S.C. § 1112(b)] (the "Motion to Dismiss"); and*

b. *Debtor SRRAF LLC's Motion to Uncouple Its Chapter 11 Case from Joint Administration [Fed. R. Bankr. P. 1015] (the "Uncoupling Motion").*

12. By the Motion to Dismiss, SRRAF seeks dismissal of the SRRAF Case without prejudice. The Property is substantially all of SRRAF's assets, and its sale will resolve the claim that precipitated the SRRAF Case. In light of the pending sale, the SRRAF Case is no longer necessary, and SRRAF is no longer in a position to benefit from the chapter 11 process. By the Uncoupling Motion, SRRAF asks the Court to terminate the joint administration of the SRRAF Case so that any order of dismissal may be entered and docketed in the SRRAF Case without disturbing the docket, caption, or administration of the cases of 5500 Rowlett and Gilbert Villas, which will remain pending and jointly administered under the Lead Case. The Uncoupling Motion is procedural in nature and is intended to be heard together with the Motion to Dismiss.

13. Federal Rule of Bankruptcy Procedure 2002(a)(4) calls for twenty-one days' notice of a hearing on the dismissal of a chapter 11 case. Measured from the filing of the Expedited Motions on September 28, 2026, that period would not expire until October 19, 2026, after the anticipated closing of the sale of the Property, and the final hearing on the Stay Motion is not set until October 20, 2026. Absent an expedited setting, the SRRAF Case would remain pending, and the Property would remain property of the SRRAF estate, when the sale is scheduled to close.

14. Federal Rule of Bankruptcy Procedure 9006(c)(1) permits the Court, for cause shown, to reduce a period prescribed by the Federal Rules of Bankruptcy Procedure, and Rule

2002(a)(4) is not among the rules excepted from reduction by Rule 9006(c)(2). Cause exists here. The sale that makes the SRRAF Case unnecessary is set to close on or before October 15, 2026, and SRRAF seeks to have the Expedited Motions determined before that date.

15. No party in interest is prejudiced by an expedited setting. The Expedited Motions seek relief solely as to SRRAF and its estate. SRRAF's creditor body is small: two creditors holding liens against the Property and a single unsecured creditor. Dismissal of the SRRAF Case would terminate the automatic stay as to SRRAF and the Property, 11 U.S.C. § 362(c), which is the relief Bank OZK itself seeks as to the Property in the Stay Motion; the Stay Motion as it relates to 5500 Rowlett is unaffected. The Debtors' estates have not been substantively consolidated, and neither the dismissal of the SRRAF Case nor the termination of its joint administration will alter the rights of any creditor of 5500 Rowlett or Gilbert Villas. The Expedited Motions, this Motion, and the notice of hearing are being served on all parties on the Debtors' mailing matrix, each of whom will have the opportunity to appear and be heard.

16. WHEREFORE, SRRAF respectfully requests this Court enter an order granting SRRAF's request for an expedited hearing on the Expedited Motions at the Court's earliest available setting, and in any event on or before Wednesday, October 14, 2026, and for such other and further relief as this Court might deem just and proper.

Respectfully submitted,

Dated: September 28, 2026

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email robert@demarcomitchell.com**
Michael S. Mitchell, Texas Bar No. 00788065
**Email mike@demarcomitchell.com**
12770 Coit Road, Suite 850
Dallas, TX 75251
T 972-991-5591
F 972-346-6791
***Counsel for Debtors and Debtors in Possession***

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that, prior to the filing of this Motion, he conferred with the following parties concerning their respective positions on the Motion:

| Attorney | Position |
|---|---|
| Erin Schmidt, counsel for the United States Trustee | No position |
| Jasmine Singh, counsel for Bank OZK | No position |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 28th day of September 2026. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission or email where a facsimile number or email address is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

**DEBTOR**

SRRAF LLC
625 Sunningdale
Richardson, TX 75081

**TRUSTEES**

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Email: Erin.Schmidt2@usdoj.gov

**INTERESTED PARTIES**

Jasmine Singh
Scott R. Cheatham
Adams & Reese, LLP
1221 McKinney St., Ste. 4400
Houston, TX 77010
Counsel for Bank OZK

Bank OZK
5178 Preston Road
Frisco, TX 75034

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T 972-991-5591
F 972-346-6791

Label Matrix for local noticing
0539-4
Case 26-42390-elm11
Northern District of Texas
Ft. Worth
Mon Sep 28 16:53:14 CDT 2026

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

(p)GARLAND ISD
ATTN C/O PERDUE BRANDON ET AL
1919 S SHILOH ROAD
SUITE 640 LB 40
GARLAND TX 75042-8234

Irving ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

SRRAF LLC
625 Sunningdale
Richardson, TX 75081-5144

Jeff Davis
Davis Consulting Engineers, PLLC
13408 Quail View Drive
Haslet, TX 76052-4808

501 W. Tenth Street
Fort Worth, TX 76102-3637

A & M Properties and Development LLC
3030 Stonegate Blvd
Tyler Tx 75703-0121

A&M Properties and Development LLC
6522 Iron Court
Dallas, TX 75240

Adams & Reese
Attn: Emory Powers
1221 McKinney, Suite 440
Houston, TX 77010-2045

Asturant Circle, LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

Bank OZK
c/o Michael Atkins
3102 N. Oak Street Extension
Valdosta, Georgia 31602-1007

City of Rowlett
4000 Main St.
Rowlett, TX 75088-5077

Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

Davis Consulting Engineer, PLLC
13408 Quail View Drive
Haslet, TX 76052-4808

Henry and Diana Mirembe Ssentongo
1640 Bradford Pear Way
Prosper, TX 75078-3127

Ikechukwu Umezurike
3401 US Hwy 259 N, Apt 626
Longview TX 75605-8063

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

K.S.S.A. Properties Series LLC
3225 McLeod Dr Ste #100
Las Vegas NV 89121-2257

KSSA Properties Series LLC
7694 Cross Road
Tyler, TX 75703-0522

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Sailaja Sakam & Vinatham Yerrimuni
2988 Barton Creek Cir.
Tyler TX 75703-7085

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Garland ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Rd, Suite 640, LB 40
Garland, TX 75042

(d)Garland ISD
c/o Perdue Brandon Fielder et al
1919 S Shiloh Road, Suite 640, LB 40
Garland, TX 75042

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A & M Properties and Development LLC

(u)Asturant Circle, LLC

(u)BANK OZK

(u)DeMarco Mitchell, PLLC

(u)K.S.S.A. Properties Series LLC
c/o Anderson Registered Agents
440 Louisiana, Ste 952
Houston

(u)Toorak Capital Partners

(du)A&M Properties and Development, LLC

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)Diana Mirembe Ssentongo

(u)Henry Ssentongo

(u)Ikechukwu Umezurike

(u)Sailaja Sakam

(u)Vinatham Yerrimuni

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 36 |
| Bypassed recipients | 13 |
| Total | 49 |