DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.: 26-42390** |
| **5500 Rowlett LLC, et al.,** | **Chapter: 11**<br>**(Jointly Administered)** |
| **Debtors[1].** | **Hearing Date: October 13, 2026**<br>**Hearing Time: 1:30 p.m.** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the following Expedited Motions ("Motions"), filed on September 28, 2026, have been calendared for hearing on October 13, 2026, at 1:30 p.m. (Central Time), before Judge Morris.

*a. Debtor SRRAF LLC's Expedited Motion to Dismiss Chapter 11 Bankruptcy Case Without Prejudice [11 U.S.C. § 1112(b)]; and*
*b. Debtor SRRAF LLC's Motion to Uncouple Its Chapter 11 Case from Joint Administration [Fed. R. Bankr. P. 1015].*

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: 5500 Rowlett LLC (87-4410152); SRRAF LLC (86-3021090); and 108 Gilbert Villas LLC (99-2090154). 5500 Rowlett LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240; SRRAF LLC's address is 625 Sunningdale, Richardson, TX 75081; 108 Gilbert Villas LLC's address is 13151 Emily Road, Suite 200, Dallas, TX 75240. As regards 108 Gilbert Villas LLC, this includes the involuntary petition filed in the Northern District of Texas (Case No. 26-32911-SWE) and the voluntary petition filed in the Northern District of Texas, Fort Worth Division (Case No. 26-42901-MLM).

PLEASE TAKE FURTHER NOTICE that the hearing on the Motions shall be held virtually as follows:

For WebEx Video Participation/Attendance:
https://us-courts.webex.com/meet/morris
Meeting Number: 2309-445-3213

For WebEx Telephonic Only Participation/Attendance:
Dial-In: 1-650-479-3207
Access Code: 2309-445-3213

The WebEx hearing instructions may be obtained from Judge Morris' hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

Respectfully submitted,

Dated: September 28, 2026

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email robert@demarcomitchell.com**
Michael S. Mitchell, Texas Bar No. 00788065
**Email mike@demarcomitchell.com**
12770 Coit Road, Suite 850
Dallas, TX 75251
**T 972-991-5591**
**F 972-346-6791**
***Counsel for Debtors and Debtors in Possession***

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 28th day of September 2026. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission or email where a facsimile number or email address is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

**DEBTOR**

SRRAF LLC
625 Sunningdale
Richardson, TX 75081

**TRUSTEES**

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Email: Erin.Schmidt2@usdoj.gov

**INTERESTED PARTIES**

Jasmine Singh
Scott R. Cheatham
Adams & Reese, LLP
1221 McKinney St., Ste. 4400
Houston, TX 77010
Counsel for Bank OZK

Bank OZK
5178 Preston Road
Frisco, TX 75034

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email robert@demarcomitchell.com**
Michael S. Mitchell, Texas Bar No. 00788065
**Email mike@demarcomitchell.com**
12770 Coit Road, Suite 850
Dallas, TX 75251
**T 972-991-5591**
**F 972-346-6791**

Label Matrix for local noticing
0539-4
Case 26-42390-elm11
Northern District of Texas
Ft. Worth
Thu Oct 1 14:44:24 CDT 2026

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

5500 Rowlett LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

(p)GARLAND ISD
ATTN C/O PERDUE BRANDON ET AL
1919 S SHILOH ROAD
SUITE 640 LB 40
GARLAND TX 75042-8234

Irving ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

SRRAF LLC
625 Sunningdale
Richardson, TX 75081-5144

Jeff Davis
Davis Consulting Engineers, PLLC
13408 Quail View Drive
Haslet, TX 76052-4808

501 W. Tenth Street
Fort Worth, TX 76102-3637

A & M Properties and Development LLC
3030 Stonegate Blvd
Tyler Tx 75703-0121

A&M Properties and Development LLC
6522 Iron Court
Dallas, TX 75240

Adams & Reese
Attn: Emory Powers
1221 McKinney, Suite 440
Houston, TX 77010-2045

Asturant Circle, LLC
13151 Emily Road, Suite 200
Dallas, TX 75240-8989

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

Bank OZK
c/o Michael Atkins
3102 N. Oak Street Extension
Valdosta, Georgia 31602-1007

City of Rowlett
4000 Main St.
Rowlett, TX 75088-5077

Dallas County
C/O Linebarger, Goggan, et al.
3500 Maple Avenue Suite 800
Dallas, TX 75219-3959

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

Davis Consulting Engineer, PLLC
13408 Quail View Drive
Haslet, TX 76052-4808

Henry and Diana Mirembe Ssentongo
1640 Bradford Pear Way
Prosper, TX 75078-3127

Ikechukwu Umezurike
3401 US Hwy 259 N, Apt 626
Longview TX 75605-8063

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

K.S.S.A. Properties Series LLC
3225 McLeod Dr Ste #100
Las Vegas NV 89121-2257

KSSA Properties Series LLC
7694 Cross Road
Tyler, TX 75703-0522

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Sailaja Sakam & Vinatham Yerrimuni
2988 Barton Creek Cir.
Tyler TX 75703-7085

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Garland ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Rd, Suite 640, LB 40
Garland, TX 75042

(d)Garland ISD
c/o Perdue Brandon Fielder et al
1919 S Shiloh Road, Suite 640, LB 40
Garland, TX 75042

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A & M Properties and Development LLC

(u)Asturant Circle, LLC

(u)BANK OZK

(u)DeMarco Mitchell, PLLC

(u)K.S.S.A. Properties Series LLC
c/o Anderson Registered Agents
440 Louisiana, Ste 952
Houston

(u)Toorak Capital Partners

(du)A&M Properties and Development, LLC

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)Diana Mirembe Ssentongo

(u)Henry Ssentongo

(u)Ikechukwu Umezurike

(u)Sailaja Sakam

(u)Vinatham Yerrimuni

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 36 |
| Bypassed recipients | 13 |
| Total | 49 |