**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AT FORTH WORTH**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **5500 ROWLETT LLC** | **Case No. 26-42390-elm11** |

**Debtors.**

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on Bank OZK's Motion for Relief from Stay from Automatic Stay will take place on **Wednesday, December 2, 2026, at 1:30 P.M.**, before The Honorable Edward L. Morris at Room 204, 501 W. Tenth Street, Fort Worth, Texas.

Signed: October 16, 2026

/s/ *Scott R. Cheatham*
Scott R. Cheatham
Texas Bar No. 24050406
**ADAMS & REESE, LLP**
1701 Poydras Street, Ste. 4500
New Orleans, Louisiana 70139
Ph: 504-585-0195
E: scott.cheatham@arlaw.com

*Counsel for Bank OZK*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following parties by CM/ECF:

Robert Demarco
12770 Coit Road, Suite 850
Dallas, TX 75251
972-991-5591
Email: robert@demarcomitchell.com
**Attorney for Debtors**

United States Trustee

1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

All other parties and/or their counsel who have entered an appearance herein

This, the 16th day of October, 2026t.

*/s/ Scott R. Cheatham*
Scott R. Cheatham