Bank OZK

Call 800-274-4482
Visit ozk.com

Member FDIC

***********AUTO**SCH 3-DIGIT 752
124685 0.4360 AT 0.672 334 1 512
108 GILBERT VILLAS LLC
13151 EMILY RD SUITE 200
DALLAS TX 75240-8989

Statement Date: 09/30/2026

Account Number: 2805075376

Our Schedule of Fees is changing on **October 1, 2026**. We are adding a consumer online banking bill pay fee (already disclosed within our Bill Pay Terms of Service) that may be charged by our service provider if you have insufficient funds to cover a bill payment. The fee is **1.5% of any insufficient amount plus the cost of collection**. To view this revision on October 1, 2026, please go to ozk.com/disclosures.

## OZK BUSINESS CHECKING ACCOUNT - 2805075376

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 08/31/26: | 5.90 |
| PLUS 4 DEPOSITS AND OTHER CREDITS: | 2,844.00 |
| LESS 4 CHECKS AND OTHER DEBITS: | 2,849.90 |
| CURRENT STATEMENT BALANCE AS OF 09/30/26: | 0.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD: | 30 |

## OTHER TRANSACTIONS

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/01 | ONLINE BANKING TRANSFER FROM DDA XXXXXX5213 - Funds Transfer via Online | | 450.00 |
| 09/01 | ONLINE BANKING TRANSFER FROM DDA XXXXXX8830 - Funds Transfer via Online | | 970.00 |
| 09/01 | FIRST INSURANCE RETRY PYMT 900-107257131 | 1,412.00 | |
| 09/03 | ONLINE BANKING TRANSFER FROM DDA XXXXXX5213 - Funds Transfer via Online | | 12.00 |
| 09/03 | FDCS BKOZ FEE 945208592887 | 25.00 | |
| 09/25 | ONLINE BANKING TRANSFER FROM DDA XXXXXX5213 - Funds Transfer via Online | | 1,412.00 |
| 09/25 | FIRST INSURANCE INSURANCE 900-107257131 | 1,412.00 | |
| 09/30 | SERVICE CHARGE | 0.90 | |

## ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD

| | |
|---|---|
| TOTAL CHARGE FOR CYCLE SERVICE CHARGE | .90 |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

## BALANCE BY DATE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/01 | 13.90 | 09/03 | 0.90 | 09/25 | 0.90 | 09/30 | 0.00 |


PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## Suggestions to help you balance your bank statement.

List outstanding checks, ATM withdrawals, check card transactions, or any electronic transactions below.

| DATE | AMOUNT | | DATE | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ENTER HERE

| | |
|---|---|
| Bank balance shown on this statement → | $ |
| Plus deposits not included on this statement → | $ |
| | $ |
| | $ |
| TOTAL → | $ |
| Less-total of outstanding debit transactions (from above). Be sure all charges have been deducted from your checkbook. → | $ |
| YOUR BALANCE → | $ |

## Direct all inquiries on your account to:

Bank OZK

CUSTOMER SERVICE CENTER
P.O. BOX 196
OZARK, AR 72949
800-274-4482

**In case of errors or questions about your electronic transfers or direct deposits:**

Contact us at the telephone number or address shown above as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Please tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.