Ghidotti Berger, LLP
9720 Coit Road, Ste. 220-228
Plano, TX 75025
(949) 427-2010
(949) 427-2732 (Facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | CASE NO. 26-42390-elm11 |
| 5500 Rowlett LLC | § | |
| Debtor. | § | Chapter 11 |
| | § | JOINTLY ADMINISTERED |
| | § | |
| | § | |
| | § | HEARING DATE: December 14, 2026 |
| | § | TIME: 9:30 a.m. |
| | § | JUDGE: Hon. Edward L. Morris |

**NOTICE OF HEARING ON MOVANT'S**
**MOTION FOR RELIEF FROM STAY**

YOU ARE HEREBY NOTIFIED THAT THE FINAL HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY WILL BE HELD ON DECEMBER 14, 2026 AT 9:30 A.M. in person at **Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.**

Signed: 11/10/2026

Respectfully Submitted,

GHIDOTTI BERGER, LLP

By: *__/s/ Jessica Henry__*
Jessica Henry, Esq.
Texas State Bar No. 24119431
16801 Addison, RD., Suite 350
Addison, TX 75001
Tel: (949) 427-2010
Fax: (469) 713-3194
Email: bknotifications@ghidottiberger.com
COUNSEL FOR MOVANT

## CERTIFICATE OF SERVICE

I certify that on November 10, 2026, a true and correct copy of the *Notice of Hearing* was served via electronic delivery listed on the Court's ECF noticing system or by regular first class mail to the parties listed below.

*/s/ Jessica Henry*
Jessica Henry

**Debtor:**

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

Counsel for Debtor:
Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251
972-991-5591
Email: robert@demarcomitchell.com

U.S. Trustee
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

Ghidotti Berger, LLP
9720 Coit Road, Ste. 220-228
Plano, TX 75025
(949) 427-2010
(949) 427-2732 (Facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS – FT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | |
| | **§** | CASE NO. 26-42390-elm11 |
| 5500 Rowlett LLC | § | |
| Debtor. | § | Chapter 11 |
| | § | JOINTLY ADMINISTERED |
| | § | |
| | § | |
| | § | HEARING DATE: December 14, 2026 |
| | § | TIME: 9:30 a.m. |
| | § | JUDGE: Hon. Edward L. Morris |

**NOTICE OF HEARING ON MOVANT'S**
**MOTION FOR RELIEF FROM STAY**

YOU ARE HEREBY NOTIFIED THAT THE FINAL HEARING ON MOVANT'S MOTION FOR RELIEF FROM STAY WILL BE HELD ON DECEMBER 14, 2026 AT 9:30 A.M. in person at **Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.**

Signed: 11/10/2026

Respectfully Submitted,

GHIDOTTI BERGER, LLP

By: *__/s/ Jessica Henry________*
Jessica Henry, Esq.
Texas State Bar No. 24119431
16801 Addison, RD., Suite 350
Addison, TX 75001
Tel: (949) 427-2010
Fax: (469) 713-3194
Email: bknotifications@ghidottiberger.com
COUNSEL FOR MOVANT

# CERTIFICATE OF SERVICE

I certify that on November 10, 2026, a true and correct copy of the *Notice of Hearing* was served via electronic delivery listed on the Court's ECF noticing system or by regular first class mail to the parties listed below.

*/s/ Jessica Henry*
Jessica Henry

**Debtor:**

108 Gilbert Villas LLC
13151 Emily Road, Suite 200
Dallas, Texas 75240

Counsel for Debtor:
Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251
972-991-5591
Email: robert@demarcomitchell.com

U.S. Trustee
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202